Timothy A. Adams, Bar No. 213896
E-mail: tadams@edattorneys.com
Jennifer J. Kropke, Bar No. 230303
E-mail: jkropke@edattorneys.com
**ROBERTS & ADAMS**
20042 Beach Boulevard
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

FILED
2008 MAR -5 PM 3: 59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

'08 CV 412 L JMA

| | |
|---|---|
| B.M. by and through R.M., | CASE NO.: |
| Plaintiff, | |
| vs. | **APPLICATION FOR USE OF PSEUDONYMS; EXHIBIT "A"; [PROPOSED] ORDER** |
| ENCINITAS UNION SCHOOL DISTRICT, | |
| Defendant. | |

Plaintiff B.M., by and through his guardian ad litem R.M., hereby applies to this Court for an order that the above captioned matter proceed through the use of pseudonyms with respect to all briefs, motions, oppositions to motions, replies and other documents filed with the Court in this action. Pursuant to the foregoing, the Plaintiff will be identified as "B.M.," Plaintiff's father and guardian ad litem will be identified as "R.M.," and Plaintiff's mother will be identified as "N.M."

The use of pseudonyms is necessary to prevent the disclosure of private medical, psychological and academic information regarding B.M. which might cause embarrassment and/or annoyance to him and/or his parents.

The privacy rights of B.M. outweigh any right the public may have to obtain access to information about her contained in the record or further proceedings arising in this matter.

Prior to the filing of this application, Plaintiff's counsel contacted counsel for the Defendant regarding the use of pseudonyms. In correspondence dated February 28, 2008, Defendant, through their counsel, indicated that they did not object to the use of pseudonyms in this matter. (Exhibit "A").

DATED:   February 28, 2008          ROBERTS & ADAMS

By: _____
Timothy A. Adams
Jennifer J. Kropke
Attorneys for Plaintiffs

# [PROPOSED] ORDER

<u>The Court, having reviewed and considered the foregoing and finding good cause, does hereby **ORDER** that B.M. and R.M. and N.M. be **IDENTIFIED BY USE OF THEIR INITIALS** in all documents hereinafter filed with the Court relating to and/or arising from this matter for as long as such documents remain with the Court.</u>

IT IS SO ORDERED.

DATED: 3/5/08

United States District Judge

EXHIBIT A



**ANAHID H. HOONANIAN**
ATTORNEY AT LAW
ahoonanian@mbdlaw.com

LONG BEACH

## MILLER BROWN DANNIS
ATTORNEYS

February 28, 2008

**VIA FACSIMILE AND U.S. MAIL**

Timothy A. Adams, Esq.
Roberts & Adams
20042 Beach Blvd.
Huntington Beach, CA 92648

   Re:   *Encinitas Union School District v. B▊▊▊ M▊▊▊*
         OAH Case Nos. N2007060731; N2007080304
         Our File: 2915.10308

Dear Mr. Adams:

The Encinitas Union School District ("District") is in receipt of the draft Joint Stipulation for Use of Pseudonyms; [Proposed] Order. While the District has no objection to you filing a complaint using pseudonyms, this case has not been filed with the district court nor has a complaint been served upon the District; thus the District does not wish to appear by stipulation or otherwise until such time as the complaint has been filed and properly served. However, we suggest that you file a proposed order with the complaint or an ex parte application for approval to use pseudonyms, as you deem appropriate.

If you have any questions or comments regarding the foregoing, please contact me at your convenience.

Very truly yours,

MILLER BROWN & DANNIS

*Anahid Hoonanian*

Anahid Hoonanian
AH/pc

   cc:   Irene Elliott, Encinitas Union School District

SAN FRANCISCO
71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

LONG BEACH
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

SAN DIEGO
750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202
www.mbdlaw.com