```
Timothy A. Adams, Bar No. 213896
E-mail: tadams@edattorneys.com
Jennifer J. Kropke, Bar No. 230303
E-mail: jkropke@edattorneys.com
ROBERTS & ADAMS
20042 Beach Boulevard
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.
```

FILED
08 MAR -6 PM 3:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 412 L JMA

| | |
|---|---|
| B.M., a minor by and through R.M.<br><br>Plaintiff,<br><br>vs.<br><br>ENCINITAS UNION SCHOOL DISTRICT<br><br>Defendant. | CASE NO.:<br><br>**PETITION AND [REDACTED]<br>ORDER FOR APPOINTMENT OF<br>GUARDIAN AD LITEM** |

Petitioner, B.M. states as follows:

1.  I am a minor of the age of four (4) years.

2.  I am about to commence an action in this court regarding my special education program against the Encinitas Union School District to enforce my rights under the *Individuals with Disabilities Education Act* [20 *U.S.C* § 1400 *et. seq.*] and mirroring state statutes.

3.  I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

**PETITION AND APPOINTMENT FOR GUARDIAN AD LITEM**

1   4.   My father, R.M., with whom I reside at 233 Witham Road, Encinitas, California 92024, is a competent and responsible person and is fully competent to act as my guardian ad litem.

   5.   Said R.M. is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing R.M. as guardian ad litem of petitioner for the purpose of bringing action against the Encinitas Union School District and on the claim hereinabove stated.

Dated: February 26, 2008

ROBERTS & ADAMS

By: _____
Timothy A. Adams
Jennifer J. Kropke
Attorneys for Petitioner, B.M.

**PETITION AND APPOINTMENT FOR GUARDIAN AD LITEM**
-2-

## CONSENT OF NOMINEE

I, R.M. the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: _____        <u>Facsimile Signature Attached</u>

                                                                              R.M., Father of Petitioner

## CONSENT OF NOMINEE

I, R.M. the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: 2/26/08

_____
R.M., Father of Petitioner

PETITION AND APPOINTMENT FOR GUARDIAN AD LITEM
-3-

██████ ORDER

The petition for an order appointing R.M. as guardian ad litem for petitioner is GRANTED.

IT IS SO ORDERED

Dated: 3/6/08

*M. James Lorenz*
District Court Judge