Timothy A. Adams, Esq. SBN 208637
Jennifer J. Kropke, Esq. SBN 230303
**ROBERTS & ADAMS**
20042 Beach Blvd.
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M. | CASE NO.: 08-CV-412-L-JMA |
| Plaintiff, | **APPLICATION FOR ORDER SHORTENING TIME** |
| vs. | |
| ENCINITAS UNION SCHOOL DISTRICT, | |
| Defendant. | |

Plaintiff B.M., hereby applies for an Order Shortening Time for the hearing of the Motion for Stay Put Placement to be heard by this Court on April 14, 2008. The attached Certificate demonstrates that the hearing of this motion on shortened time is necessary because Defendant is refusing to provide such placement, Plaintiff and his parents are forced to secure such placement at significant and burdensome private expense, and Plaintiff is entitled to an "automatic injunction" against the Defendant that would avoid those costs.

-1-
**APPLICATION FOR ORDER SHORTENING TIME
CASE NO.: 08-CV-412-L-JMA**

1 |       Filed with this Application is a Certificate in support and a Proposed
2 | Order.
3 |
4 | DATED: March 14, 2008      ROBERTS & ADAMS
5 |
6 |                                 By: _____
7 |                                 Timothy A. Adams
                                Jennifer J. Kropke
8 |                                 Attorneys for Plaintiff B.M., by and through
9 |                                 R.M.

```
 1  Timothy A. Adams, Esq. SBN 208637
    Jennifer J. Kropke, Esq. SBN 230303
 2  Drew Massey, Esq. SBN 244350
    ROBERTS & ADAMS
 3  20042 Beach Blvd.
    Huntington Beach, CA 92648
 4  Telephone: (714) 698-0239
    Facsimile: (714) 698-0243
 5
    Attorneys for Plaintiff
 6  B.M., a minor child by and through R.M.
 7
 8              UNITED STATES DISTRICT COURT
 9              SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  B.M. a minor child by and through R.M.  ) CASE NO.: 08-CV-412-L-JMA
                                            )
13               Plaintiff,                 ) CERTIFICATE IN SUPPORT OF
                                            ) APPLICATION FOR ORDER
14                                          ) SHORTENING TIME
                                            )
15       vs.                                )
                                            )
16                                          )
17  ENCINITAS UNION SCHOOL                  )
    DISTRICT,                               )
18                                          )
                                            )
19               Defendant.                 )
                                            )
20  _____   )
21
22       I, Drew Massey, declare:
23       1. I am an attorney in good standing with the state bar of California and an
24  associate at the law firm of Roberts & Adams, counsel of record in the above captioned
25  matter.
26  //
27  //
28
```

-1-
CERTIFICATE IN SUPPORT OF THE APPLICATION FOR ORDER SHORTENING TIME
CASE NO.: 08-CV-412-L-JMA

2. This Certificate is submitted in support of Plaintiff B.M.'s Application for an Order Shortening Time submitted herewith to have his Motion for a Stay Put Placement heard by this Court on March 31, 2008.

3. This is an action for the appeal of an administrative due process hearing decision under the Individuals with Disabilities Education Act by an aggrieved party. 20 U.S.C. § 1415(i)

4. A hearing before this Court on shortened time is necessary because, as stated more fully in the Memorandum of Points and Authorities in Support of the Motion, the District is required to provide Plaintiff with twenty-five hours per week of Applied Behavior Analysis ("ABA") services. These services are necessary for B.M. to progress in his education and, because of the Encinitas Union School District's ("District") failure to finance such services, B.M.'s parents have been funding the services themselves.

5. B.M.'s parents have come under significant financial strain to fund these services themselves and it is imperative that the Court hear the Motion as soon as possible. The longer the delay before the Motion is heard, the longer B.M.'s parents must fund a service while it becomes increasingly burdensome to do so. B.M.'s parents have a limited source of income from which to fund the services. At this time, B.M.'s parents are incurring $1,320.00 per week to fund the services that the District should be providing.

6. I have spoken with counsel for the Defendant on March 13, 2008, and advised her of my decision to request shortened time for the hearing of the motion. Opposing counsel would not agree or disagree at that time to a hearing of this matter on a shortened time. Via correspondence dated March 14, 2008, opposing counsel refused disagreed with a hearing of this matter on shortened time.

//

//

7. Filed concurrently with this Certificate and Application is a proposed order granting the application. On behalf of Plaintiff, I respectfully request the Court to set the following briefing and hearing schedule:

Motion and supporting papers filed March 18, 2008;

Opposition and supporting papers filed March 24, 2008;

Reply and supporting papers filed March 26, 2008;

Hearing on March 31, 2008.

8. The undersigned hereby certifies that the Application for Order Shortening Time is made in good faith and for good cause.

DATED: March 18, 2008                    ROBERTS & ADAMS

By: _____
Drew Massey
Attorney for Plaintiff B.M., by and through R.M.

-3-
**CERTIFICATE IN SUPPORT OF THE APPLICATION FOR ORDER SHORTENING TIME**
CASE NO.: 08-CV-412-L-JMA

Timothy A. Adams, Esq. SBN 208637
Jennifer J. Kropke, Esq. SBN 230303
Drew Massey, Esq. SBN 244350
**ROBERTS & ADAMS**
20042 Beach Blvd.
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M. | CASE NO.: 08-CV-412-L-JMA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| ENCINITAS UNION SCHOOL DISTRICT, | |
| Defendant. | |

I, Heyman Hakimi, declare:

1. I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 20042 Beach Blvd, Huntington Beach, California 92648.

//
//

-1-
**PROOF OF SERVICE**

2. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

3. On **March 17, 2008,** I served the foregoing documents described as

1) APPLICATION FOR ORDER SHORTENING TIME
2) CERTIFICATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME
3) PROPOSED ORDER SHORTENING TIME FOR THE MOTION FOR STAY PUT
4) PLAINTIFF'S MOTICE AND NOTICE OF MOTION FOR "STAY PUT" PLACEMENT
5) PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF IT'S MOTION FOR "STAY PUT" PLACEMENT
6) DECLARATION OF JENNIFER J. KROPKE IN SUPPORT OF PLAINTIFF'S MOTION FOR "STAY PUT" PLACEMENT EXHIBIT "A
7) REQUEST FOR JUDICIAL NOTICE

4. I served these documents on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated below:

Anahid Hoonanian
Miller, Brown & Dannis
301 East Ocean Blvd.
Suite 1750
Long Beach, CA 90802

-2-
**PROOF OF SERVICE**

5. I faxed on this date the above document to the parties listed on the attached list.

DATED: March __, 2008

_____
HEYMAN HAKIMI

-3-
**PROOF OF SERVICE**

## Service List

1
2
3  Anahid Hoonanian                                    Facsimile:. (562)366-8505
   Miller, Brown & Dannis
4  301 East Ocean Blvd.
5  Suite 1750
   Long Beach, CA 90802
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-
**PROOF OF SERVICE**