

**FILED**

**3/18/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**B.M.**                                                                 **08cv412-L (JMA)**

**-v-**

**Encinitas Union School District**

# STRICKEN DOCUMENT

**6-Certification in Support of Application**

**6**