1  Timothy A. Adams, Esq. SBN 208637
   Jennifer J. Kropke, Esq. SBN 230303
2  **ROBERTS & ADAMS**
   20042 Beach Blvd.
3  Huntington Beach, CA 92648
   Telephone: (714) 698-0239
4  Facsimile: (714) 698-0243

5  Attorneys for Plaintiff
   B.M., a minor child by and through R.M.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M. | CASE NO.: 08-CV-412-L-JMA |
| Plaintiff, | **APPLICATION AND MOTION FOR ORDER SHORTENING TIME** |
| vs. | |
| ENCINITAS UNION SCHOOL DISTRICT, | |
| Defendant. | |

Plaintiff B.M., hereby applies for an Order Shortening Time for the hearing of the Motion for Stay Put Placement currently scheduled to be heard by this Court on May 12, 2008.

Plaintiff B.M. hereby moves for an Order from this Court directing that the Time for Responding and Hearing the Motion be shortened as follows:

Motion and supporting papers filed March 18, 2008;

Opposition and supporting papers filed March 24, 2008;

-1-
APPLICATION AND MOTION FOR ORDER SHORTENING TIME
CASE NO.: 08-CV-412-L-JMA

Reply and supporting papers filed March 26, 2008;

Hearing on March 31, 2008.

This Motion is based on the attached Certificate demonstrating that the hearing of this motion on shortened time is necessary because Defendant is refusing to provide such placement, Plaintiff and his parents are forced to secure such placement at significant and burdensome private expense, and Plaintiff is entitled to an "automatic injunction" against the Defendant that would avoid those costs.

Filed with this Application and Motion is a Certificate in support and a Proposed Order.

DATED:   March 19, 2008            ROBERTS & ADAMS

By:   s/ Drew Massey
Timothy A. Adams
Jennifer J. Kropke
Drew Massey
Attorneys for Plaintiff B.M., by and through R.M.