1  Timothy A. Adams, Esq. SBN 208637
   Jennifer J. Kropke, Esq. SBN 230303
2  Drew Massey, Esq. SBN 244350
   **ROBERTS & ADAMS**
3  20042 Beach Blvd.
   Huntington Beach, CA 92648
4  Telephone:  (714) 698-0239
   Facsimile: (714) 698-0243
5
   Attorneys for Plaintiff
6  B.M., a minor child by and through R.M.

7

8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12  B.M. a minor child by and through R.M.  )  CASE NO.: 08-CV-412-L-JMA
                                            )
13              Plaintiff,                  )  **CERTIFICATE IN SUPPORT OF**
                                            )  **APPLICATION FOR ORDER**
14                                          )  **SHORTENING TIME**
                                            )
15        vs.                               )
                                            )
16                                          )
17  ENCINITAS UNION SCHOOL                  )
    DISTRICT,                               )
18                                          )
                                            )
19              Defendant.                  )
                                            )
20  _____       )

21

22        I, Drew Massey, declare:

23        1. I am an attorney in good standing with the state bar of California and an

24  associate at the law firm of Roberts & Adams, counsel of record in the above captioned

25  matter.

26  //

27  //

28

2. This Certificate is submitted in support of Plaintiff B.M.'s Application for an Order Shortening Time submitted herewith to have his Motion for a Stay Put Placement heard by this Court on March 31, 2008.

3. This is an action for the appeal of an administrative due process hearing decision under the Individuals with Disabilities Education Act by an aggrieved party. 20 U.S.C. § 1415(i)

4. A hearing before this Court on shortened time is necessary because, as stated more fully in the Memorandum of Points and Authorities in Support of the Motion, the District is required to provide Plaintiff with twenty-five hours per week of Applied Behavior Analysis ("ABA") services. These services are necessary for B.M. to progress in his education and, because of the Encinitas Union School District's ("District") failure to finance such services, B.M.'s parents have been funding the services themselves.

5. B.M.'s parents have come under significant financial strain to fund these services themselves and it is imperative that the Court hear the Motion as soon as possible. The longer the delay before the Motion is heard, the longer B.M.'s parents must fund a service while it becomes increasingly burdensome to do so. B.M.'s parents have a limited source of income from which to fund the services. At this time, B.M.'s parents are incurring $1,320.00 per week to fund the services that the District should be providing.

6. I have spoken with counsel for the Defendant on March 13, 2008, and advised her of my decision to request shortened time for the hearing of the motion. Opposing counsel would not agree or disagree at that time to a hearing of this matter on a shortened time. Via correspondence dated March 14, 2008, opposing counsel refused disagreed with a hearing of this matter on shortened time.

//

//

CERTIFICATE IN SUPPORT OF THE APPLICATION FOR ORDER SHORTENING TIME
CASE NO.: 08-CV-412-L-JMA

1        7.  Filed concurrently with this Certificate and Application is a proposed

2  order granting the application.  On behalf of Plaintiff, I respectfully request the Court

3  to set the following briefing and hearing schedule:

4        Motion and supporting papers filed March 18, 2008;

5        Opposition and supporting papers filed March 24, 2008;

6        Reply and supporting papers filed March 26, 2008;

7        Hearing on March 31, 2008.

8        8.  The undersigned hereby certifies that the Application for Order

9  Shortening Time is made in good faith and for good cause.

10

11  DATED:  March 19, 2008        ROBERTS & ADAMS

12

13        By:  s/ Drew Massey

14        Drew Massey
          Attorney for Plaintiff B.M., by and through
15        R.M.

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE IN SUPPORT OF THE APPLICATION FOR ORDER SHORTENING TIME**
**CASE NO.: 08-CV-412-L-JMA**