**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 20042 Beach Blvd, Huntington Beach, California 92648.

On **March 19, 2008,** I served the foregoing documents described as **CERTIFICATE IN SUPPORT FOR ORDER SHORTENING TIME,** on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated below:

[X]   **BY MAIL**

Anahid Hoonanian
Miller, Brown & Dannis
301 East Ocean Blvd.
Suite 1750
Long Beach, CA 90802

[ ] I deposited such envelopes in the mail at **Huntington Beach, California**.

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY FACSIMILE**

[X] I faxed on this date the above document to the parties listed on the attached list.

[X] **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 19, 2008**, at Huntington Beach, California.



ELENA CEJA

**CERTIFICATE IN SUPPORT FOR ORDER SHORTENING TIME**

## Service List

Anahid Hoonanian  
Miller, Brown & Dannis  
301 East Ocean Blvd.  
Suite 1750  
Long Beach, CA 90802

Facsimile:. (562)366-8505