EXHIBIT 2

ANAHID H. HOONANIAN
ATTORNEY AT LAW
ahoonanian@mbdlaw.com

LONG BEACH

**MILLER BROWN DANNIS**
ATTORNEYS

March 14, 2008

**VIA FACSIMILE AND U.S. MAIL**

Drew Massey, Esq.
Roberts & Adams
20042 Beach Blvd.
Huntington Beach, CA 92648

Re:   Encinitas Union School District,
      *B.M. vs. Encinitas Union School District*,
      United States District Court Case No. 08-CV-412-L-JMA;
      Our File 2915.10308

Dear Mr. Massey:

I am writing to confirm our telephone conversation today regarding your proposal to provide us with courtesy copies of the Petition and Order for Appointment of Guardian Ad Litem and Application for Use of Pseudonyms.

You may send the two documents to my attention via either facsimile or U.S. Mail. However, please note that we do not agree to accept service by facsimile or by mail for the purposes of these two documents or any future filings. As you know, the District has not yet appeared in the action.

Very truly yours,

MILLER BROWN & DANNIS

Anahid Hoonanian
AH/idf

SAN FRANCISCO
71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

LONG BEACH
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

SAN DIEGO
750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202

www.mbdlaw.com