EXHIBIT 3



ANAHID H. HOONANIAN
ATTORNEY AT LAW
ahoonanian@mbdlaw.com

LONG BEACH

**MILLER BROWN DANNIS**
ATTORNEYS

March 17, 2008

**VIA FACSIMILE AND U.S. MAIL**

Drew Massey, Esq.
Roberts & Adams
20042 Beach Blvd.
Huntington Beach, CA 92648

Re: Encinitas Union School District,
*B.M. vs. Encinitas Union School District,*
United States District Court Case No. 08-CV-412-L-JMA;
Our File 2915.10308

Dear Mr. Massey:

We are in receipt of your voicemail requesting clarification of our March 14, 2008 correspondence wherein we responded to your request to fax documents to our office. To be clear, the Encinitas Union School has not yet appeared in this action. As such, the only means for your client to accomplish service upon the District is by personal service upon the District, not facsimile or mail to this office. As we previously stated several times, you may fax or mail documents to this office; however, this will not accomplish service of such documents in light of the fact that the District has not yet appeared in the action. We hope this clarifies the matter for you.

Very truly yours,

MILLER BROWN & DANNIS

*[signature]*

Anahid Hoonanian
AH/pc

SAN FRANCISCO
71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

LONG BEACH
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

SAN DIEGO
750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202
www.mbdlaw.com