EXHIBIT 1

ANAHID H. HOONANIAN
ATTORNEY AT LAW
ahoonanian@mbdlaw.com

LONG BEACH

**MILLER BROWN DANNIS**
ATTORNEYS

March 14, 2008

## VIA FACSIMILE AND U.S. MAIL

Timothy A. Adams, Esq.
Roberts & Adams
20042 Beach Blvd.
Huntington Beach, CA 92648

Re: Encinitas Union School District,

Our File 2915.10308

Dear Mr. Adams:

We are writing in response to your request regarding whether our offices will accept via facsimile receipt of the Petition and Order for Appointment of Guardian Ad Litem and Application for Use of Pseudonyms. You also asked if we would agree to a shortening of time for your filing of a motion for stay put for a data before May 12, 2008.

In response to your first request, you may send the two documents to my attention via facsimile. However, please note that we do not agree to accept service by facsimile for the purposes of these two documents or any future filings. As you know, the District has not yet appeared in the action.

With respect to your second request, during my telephone conversation with Drew Massey of your office, I asked for him to explain the basis of a motion for stay put. Mr. Massey declined to give any explanation. In light of the fact that you would not disclose the basis for the motion, the District cannot assess the request or the need for expedited hearing and will not agree to such. We do note, however, that the District does not see any dispute in stay put, as the last agreed upon placement is set forth in the January 2007 Settlement Agreement.

Very truly yours,

MILLER BROWN & DANNIS

Anahid Hoonanian
AH/pc

SAN FRANCISCO
71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

LONG BEACH
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

SAN DIEGO
750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202
www.mbdlaw.com