EXHIBIT 5

ANAHID H. HOONANIAN
ATTORNEY AT LAW
ahoonanian@mbdlaw.com

LONG BEACH

**MILLER
BROWN
DANNIS**
ATTORNEYS

March 19, 2008

<u>**VIA FACSIMILE AND U.S. MAIL**</u>

Timothy A. Adams, Esq.
Roberts & Adams
20042 Beach Blvd.
Huntington Beach, CA 92648

Re:  Encinitas Union School District,
 *B.M. vs. Encinitas Union School District*,
 United States District Court Case No. 08-CV-412-L-JMA;
 Our File 2915.10308

Dear Mr. Adams:

We are in receipt of Plaintiff's Application for Order Shortening Time and Motion for Stay Put Placement, which you sent to our offices via facsimile and U.S. Mail. As we informed you in writing on March 17, 2008, because the Encinitas Union School District ("District") has not yet appeared in this action, the only means for your client to accomplish service upon the District is by personal service upon the District, not facsimile or mail to this office. The Proof of Service attached to your papers clearly indicates you have not served the District via personal service. Therefore, you have improperly filed and served the application and supporting papers.

Moreover, you have misrepresented the facts and circumstances in the application and supporting documents. Specifically, our February 20, 2008 letter, which you have attached in support of your unfounded assertions, does not state the District is refusing to provide stay put services. Our letter states unequivocally that upon the filing of the appeal of the administrative hearing decision, your client is entitled to stay put.

Further, our letter plainly states the District intends to continue implementing B[redacted] services and programming according to the January 2007 Settlement Agreement, even though your clients have not complied with the same. The District has never stated or threatened your client that it will cease the provision of in-home ABA services. It is unclear to us why your clients would fund in-home ABA services set out in the

SAN FRANCISCO
71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

LONG BEACH
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

SAN DIEGO
750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202
www.mbdlaw.com

Timothy A. Adams, Esq.
March 19, 2008
Page 2

Settlement Agreement, when the District has continued to make payments on invoices received from the in-home service provider.

Based on the aforementioned, your application and stay put motion are frivolous and sanctionable, and we recommend that you withdraw your application supporting papers immediately.

Very truly yours,

MILLER BROWN & DANNIS

Anahid Hoonanian
AH/pc

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 301 East Ocean Boulevard, Suite 1750, Long Beach, CA 90802.

**On the date set forth below I served the foregoing document described as ENCINITAS UNION SCHOOL DISTRICT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME FOR THE HEARING OF THE MOTION FOR STAY PUT PLACEMENT** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

[X] **(VIA U.S. MAIL)** I caused such document to be placed in the U.S. Mail at Long Beach, California with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(VIA FACSIMILE)** I caused such document to be transmitted via facsimile to the addressee from the facsimile machine of Miller Brown & Dannis whose phone number is (562) 366-8505. The transmission by facsimile was reported as complete and without error.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] **(VIA OVERNIGHT MAIL)** I caused such envelope to be deposited at an authorized "drop off" box on that same day with delivery fees fully provided for at 301 East Ocean Boulevard, Suite 1750, Long Beach, CA 90802, in the ordinary course of business.

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on March 19, 2008 at Long Beach, California.

Penny Curtis
Type or Print Name                           /s/ Penny Curtis
                                             Signature

---

9

ENCINITAS UNION SCHOOL DISTRICT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME FOR THE HEARING OF THE MOTION FOR STAY PUT PLACEMENT

SF 303880v3


1                                 Service List

2 Timothy A. Adams, Esq.
3 Roberts & Adams
20042 Beach Blvd.
4 Huntington Beach, CA 92648

ENCINITAS UNION SCHOOL DISTRICT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME FOR THE HEARING OF THE MOTION FOR STAY PUT PLACEMENT

SF 303880v3

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802