Timothy A. Adams, Esq. SBN 213896
Jennifer J. Kropke, Esq. SBN 230303
Drew Massey, Esq. SBN 244350
**ROBERTS & ADAMS**
20042 Beach Blvd.
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M. | ) CASE NO.: 08-CV-412-L-JMA |
| Plaintiff, | ) **DECLARATION OF NICOLE SIMPSON IN SUPPORT OF THE REPLY TO THE OPPOSITION TO THE APPLICATION FOR AN ORDER SHORTENING TIME; EXHIBIT A** |
| vs. | |
| ENCINITAS UNION SCHOOL DISTRICT, | ) Judge: Honorable M. James Lorenz |
| Defendant. | ) Location: Courtroom 14 |

I, Nicole Simpson, declare:

1.    I have personal knowledge of the facts set forth herein. Therefore, if called upon to do so, I could and would competently testify to the truth of the matters set forth herein, except those matters expressly set forth on information and belief, as to which I am informed and believe they are true.

-1-
**DECLARATION OF NICOLE SIMPSON
CASE NO.: 08-CV-412-L-JMA**

2.    I am an employee with the Center for Autism and Related Disorders ("CARD") working in the Contract Department.

3.    On or about February 1, 2008, the Encinitas Union School District ("District") informed CARD over the phone that the District would no longer be funding the in-home Applied Behavior Analysis ("ABA") services. I initiated inter-office memoranda regarding this development.

4.    Pursuant to the notice that the District would not be funding services, CARD placed B.M.'s parents on a private billing contract. Mr. and Mrs. Middleton were informed that they would be responsible for the ABA services that were provided. Attached as Exhibit "A" is a true and correct copy of the private billing contract with the names redacted in conformity with the Court's order. February services have not yet been billed to B.M.'s parents.

5.    During the week of March 10, 2008, the District contacted CARD and asserted that it intended to renew an additional contract to provide services through June 2008. As of March 19, 2008, however, the District had not renewed the contract and the in-home services were being billed to B.M.'s parents.

6.    On March 20, 2008, I received a telephone call from the District reassuring CARD that the contract would be forthcoming and directing CARD to bill the District for all services rendered in February. Prior to the representations made on March 20, 2008, CARD intended to bill the February services to the parents pursuant to the private pay agreement.

//
//
//

1       I declare under penalty of perjury under the laws of the State of California
2 that the foregoing is true and correct. Executed March 20, 2007, at Huntington Beach,
3 California.

6                                By: <u>FACSIMILE SIGNATURE ATTACHED</u>
7                                        Nicole Simpson

1   I declare under penalty of perjury under the laws of the State of California
2   that the foregoing is true and correct. Executed March 20, 2007, at Huntington Beach,
3   California.

By: _____

Nicole Simpson

-3-
DECLARATION OF NICOLE SIMPSON
CASE NO.: 08-CV-412-L-JMA