# EXHIBIT "A"



# Center for Autism and Related Disorders, Inc.

### PARENT AUTHORIZATION FOR PRIVATE BILLING (CONT'D)

**PLEASE READ CAREFULLY**

I, parent of __Middleton, Bryce__ do hereby acknowledge that the following services are to be provided by C.A.R.D.

Please check services requested:

**Intake Evaluation:**

- ☐ $550- Evaluation and report by Dr. Granpeesheh
- ☐ $450- Evaluation and report by C.A.R.D. supervisor

**Therapy:**

- ☒ $60/hour - *Please indicate number of hours per week* __21.25__ *from* __3/1/08__ *(date) to* __5/31/08__ *(date)*
- ☒ $60/hour for Therapist Clinic Attendance - *Please indicate number of hours* __8.00__ *from* __3/1/08__ *(date) to* __5/31/08__ *(date) for* __2__ *(number of) therapists.*

**Supervision (To include clinic/follow-up meetings, IEP attendance, report writing, phone consultations, school observations, video reviews, etc):**

- ☒ *Local Supervision at $150/hour - Please indicate number of hours* __6__ *from* __2/1/08__ *(date) to* __5/31/08__ *(date)*
- ☐ *Workshop Supervision at $150/hour – (in addition to travel/hotel accommodations and applicable per diem/travel rate Please indicate additional number of hours* ____ *from* ____ *(date) to* ____ *(date)*
- ☐ *Travel and per diem* associated with services provided above at $25/hour and $30/night stayed

**Additional Services:**

- ☐ $125/hour - Testing (to include intelligence, speech and language, adaptive, advanced language, problem-solving tasks, etc.)
- ☐ $225/hour - Consultation with Dr. Granpeesheh
- ☐ $150/hour - Supervisor's time for Cancellations that occur with less than 24 hour notice to CARD
- ☐ $60/hour - Therapist's time for Cancellations that occur with less than 24 hour notice to CARD
- ☐ $150/hour - Report writing (includes FBA, BIP, quarterly reports, assessment reports, other reports requested by parents, funding agency or if deemed necessary by CARD) if not covered by funding agency.

I understand that C.A.R.D. will provide me with these additional services and will bill me directly. I further understand that neither the school district nor the regional center will reimburse me, nor C.A.R.D. for the cost of these additional services. I will take full financial responsibility for these services.

Parent Signature: X _[signature]_   Date: _____

Parent Name: X __Nora Middleton__

GFW-TAD   (REV3-3-13-06)
© C.A.R.D., Inc. 2002 All Rights Reserved; International Copyright Secured