UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor child by and through R.M.,<br><br>              Plaintiff,<br><br>v.<br><br>ENCINITAS UNION SCHOOL DISTRICT,<br><br>              Defendant. | Civil No. 08cv412-L(JMA)<br><br>**ORDER WITHDRAWING PLAINTIFF'S MOTION FOR STAY-PUT ORDER [doc. #9]** |

In his reply to defendant's opposition to the application for order shortening time, plaintiff states that he "withdraws his Motion for Stay-Put as well as the Application for an Order Shortening Time on such Motion." (Reply at 7)

Based on plaintiff's statement in his reply memorandum, the motion for stay-put is **WITHDRAWN** and the May 12, 2008 hearing on the motion is **VACATED**.

**IT IS SO ORDERED.**

DATED: March 21, 2008

                                            M. James Lorenz<br>
                                            United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES COUNSEL