Case 3:08-cv-00412-L-JMA    Document 14-2    Filed 03/26/2008    Page 1 of 19

EXHIBIT 1

# SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release ("Agreement") is made by Petitioner ████████████ ("Student"), a minor by and through his parents, ████████████ ████████████ ("Parents") and the ENCINITAS UNION SCHOOL DISTRICT ("District"). Student, Parents, and the District are hereinafter collectively referred to as the "Parties." This Agreement is entered into in light of the following facts:

1. On or about September 22, 2006, Student filed a request for due process with the Office of Administrative Hearings regarding several issues related to Student's education, entitled ████████████ v. *Encinitas Union School District*, OAH No. N2006090663 ("Action").

2. The Parties recognize that legal proceedings would be required to resolve their respective positions and such proceedings would result in the expenditure of significant amounts of money, energy, time and personnel resources which the parties wish to avoid and/or minimize. The Parties wish to avoid and/or minimize such expenditures and to resolve their differences amicably and further desire to relieve, waive and discharge all claims arising from the Action, as well as any other demands, actions, claims, liabilities, liens, damages, obligations or causes of action, whether previously asserted or otherwise which Parents and Student may have against the District, whether known or unknown, arising out of every act or omission directly or indirectly forming the basis of the Action.

NOW, THEREFORE, in consideration of the covenants, agreements and representations herein set forth, and subject to the District's Board of Education, the Parties agree as follows:

Settlement Agreement and General Release                                    Page 1 of 11
████████████ v. *Encinitas Union School District*

a. The District shall provide one hour per week of Adaptive Physical Education ("APE") through the end of the 2006-2007 school year including the 2006-2007 extended school year at Flora Vista Elementary School.

b. The District shall provide Student with five hours per week of one-to-one speech therapy through the end of the 2006-2007 school year including the 2006-2007 extended school year to be provided by a licensed District speech pathologist at Flora Vista Elementary School. The goals and objectives to be used by the speech pathologist will be developed in an implementation IEP meeting to be held by no later than January 16, 2007.

c. The District shall provide Student with two hours per week of one-to-one occupational therapy through the end of the 2006-2007 school year including the 2006-2007 extended school year to be provided by a licensed District occupational therapist at Flora Vista Elementary School. The goals and objectives to be used by the occupational therapist will be developed in an implementation IEP meeting to be held by no later than January 16, 2007.

d. The District shall reimburse Petitioner for twelve hours of vision therapy services provided by Susan Daniels from the date of execution of this Agreement through the end of the 2006-2007 school year including the 2006-2007 extended school year at the rate of $125.00 (One Hundred and Twenty Five) per hour. The total amount of reimbursement for these services shall not exceed $1,500.00 (One Thousand Five Hundred Dollars). The Parties understand that Parents recently prepaid all of the vision therapy contemplated in this paragraph, and that the District shall reimburse Parents in the manner described in this paragraph upon proof of Student's receipt of said vision therapy and Parents' proof of payment for the same.

Petitioner, and not the District, selected Susan Daniels as the service provider under this paragraph. Petitioner understands that Susan Daniels is not certified as a non-public agency

("NPA") by the California Department of Education. The District makes no representation regarding the qualifications of Susan Daniels or regarding the adequacy of the services. Petitioner agrees to hold the District harmless for any liability, damage to person or property, or legal claims that may result from the acts or omissions of Susan Daniels or from acts of any officer, agent or employee of Susan Daniels. Reimbursement under this paragraph is subject to reliable proof of payment, either by invoices or cancelled checks.

    c.    The District shall fund twenty hours per week of in-home Applied Behavior Analysis ("ABA") services, six hours per month of program supervision, and eight clinic sessions at Flora Vista Elementary School, through the end of the 2006-2007 school year including the 2006-2007 extended school year, to be provided by Center for Autism and Related Disorders ("CARD"). All individuals, with the exception of instructional assistants, implementing this agreement or IEP shall attend clinic meetings. The Parties understand the term "in-home ABA services" includes community-based outings. The District shall fund the in-home ABA services under this paragraph for one week during winter break and for one week during spring break. Any scheduled sessions that are missed due to unavailability of the NPA service provider shall be rescheduled in accordance with the NPA's master contract with the District. The goals and objectives to be used by the service provider will be developed in an implementation IEP meeting to be held by no later than January 16, 2007.

    f.    If CARD is not able or available to provide the ABA services, the Parties shall select another mutually agreed upon non-public agency ("NPA") that is certified by the California Department of Education to provide in-home ABA services. If the mutually agreed-upon NPA does not have a master contract with the San Diego County Special Education Local Plan Area (" SELPAs"), the District will enter into such a contract with the NPA. If the District

is unable to enter into a master contract with the NPA, the District will reimburse Parents for the cost of the services pursuant to paragraph (e).

    g.    The District shall provide six hours per week of one-to-one pull-out ABA therapy, and two hours per month of program supervision, through the end of the 2006-2007 school year, including the 2006-2007 extended school year, to be provided by District staff at Flora Vista Elementary School. The ABA therapy pursuant to this paragraph shall be provided in a room that is distraction free so that Student will not have other children in his filed of view during the ABA therapy. Program Supervision shall be provided by a Board Certified Behavior Analyst. The six hours per week of school ABA services under this paragraph shall be apportioned as follows: (1) on the days that Student is not scheduled for occupational therapy at Flora Vista Elementary School, the District shall provide Student with two hours of one-to-one pull-out ABA at Flora Vista Elementary School; (2) on the days that Student is scheduled for occupational therapy at Flora Vista Elementary School, the District shall provide Student with one hour of one-to-one pull-out ABA at Flora Vista Elementary School.

    h.    By signing this Agreement, Parents hereby give the District written consent to obtain from CARD, and to release to CARD any and all of Student's pupils records, including report cards and progress reports. The release of information form is attached hereto as Exhibit 1. The Parties agree that the District may provide CARD with a copy of this Agreement or this provision to obtain pupil records maintained by CARD. If the District contracts with another mutually agreed upon NPA as described in paragraph (f), Parents shall consent to a release of information with the new NPA.

    i.    By signing this Agreement, Parents hereby agree that the District may, at its discretion, observe and evaluate Student's program and progress at the in-home program

Settlement Agreement and General Release                                Page 4 of 11
████████ v. Encinitas Union School District

provided by CARD. The District shall provide Parents with at least 48-hours (forty eight) notice prior to any observation of the in-home program.

j. The Parties agree that an "Assessment Plan" will be signed as part of this Agreement. The Assessment Plan is attached hereto as Exhibit 2. Parents will make Student available for a comprehensive educational assessment to be conducted by District staff by no later than April 15, 2007. Parents agree to fully cooperate with District staff in scheduling the assessments so that the assessments may be completed in a timely manner. Parents agree to waive all timelines under state and federal special education laws, including but not limited to Education Code section 56344, for conducting such assessments and convening an IEP meeting.

k. The Parties agree that no later than May 30, 2007, an annual IEP review team meeting will be convened to review the assessment results provided in paragraph (j) above and to consider Student's placement and services for the 2007-2008 school year.

l. The Parties agree that by no later than January 16, 2007, an IEP team meeting will be convened to implement the terms of this Agreement ("Implementation Meeting"). The Parties agree that the Implementation Meeting may be held via teleconference and facsimile. With respect to the Implementation Meeting, Petitioner waives the presence of required IEP team members under Education Code Section 56341(a).

m. The Parties agree that beginning December 18, 2006, Student shall begin participating in the speech therapy and occupational therapy services pursuant to paragraphs (b) and (c) of this Agreement. The Parties agree that beginning January 22, 2007, Student shall begin participating in the APE and ABA services pursuant to paragraphs (a) and (g) of this Agreement.

n.  The District agrees to pay $11,000.00 (Eleven Thousand Dollars) to the Law Firm of Roberts & Adams for attorney's fees and costs incurred in connection with Student's education through the date of this Agreement. Reimbursement is subject to approval by the District's Board of Education, with a check to be issued within 45 calendar days of date of execution of this Agreement. Once the District receives the Agreement executed by Parents, the District shall submit the Agreement for consideration and approval at the next Board meeting. The District shall recommend approval of this Agreement to the Board.

o.  Reimbursement under paragraph (n) shall be made payable to Roberts & Adams Client Trust Account and mailed as follows:

> Roberts & Adams
> 18377 Beach Blvd., Suite 322
> Huntington Beach, CA 92648

Parents agree and understand the District has no legal obligation in the event there is a dispute between Parents and their counsel of record regarding the reimbursement set forth in paragraph (n) of this Agreement.

p.  Parents and Student currently reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The Parties agree that except as to the reimbursement under paragraph (n), the District shall have no obligation to continue to provide the services, funding and reimbursements specified herein should Petitioner relocate from the jurisdictional limits of the District. If Parents and/or Student relocate outside the District or within the District's jurisdictional limits, at any time during which this agreement is in effect, Parents must immediately notify the District's Division of Special Education in writing of the new address. In addition, if requested by the District, Parents shall provide proof of residency. Failure to provide proof of residency within 10 days of a written

request will result in the suspension of all services and reimbursements set forth in this agreement until such time as proof of residency is provided to the District.

q. Within five (5) business days of the execution of this Agreement, Parents shall dismiss with prejudice their request for a due process hearing filed with the Office of Administrative Hearings, ███████████ *Encinitas Union School District*, OAH No. N2006090663.

r. This Agreement settles any and all claims or disputes through the date of this Agreement relating to the identification, assessment, evaluation, educational placement and provision of a free appropriate public education for Student, including issues regarding procedural matters by the District under the Individuals with Disabilities Education Act ("IDEA") and California Special Education Law, Ed. Code sections 56000 *et seq*.

s. Petitioners for themselves, and their agents, servants, employees, subsidiaries, affiliates, officers, employees, parent companies, subsidiaries, affiliates, officers, directors, board members, stockholders, attorneys (past and present), insurers, indemnities, sureties, representatives, partners (either limited or general), predecessors in interest, assigns, heirs and successors, releases, acquits, and forever discharge the District and all its agents, servants, employees, parent companies, subsidiaries, affiliates, officers, directors, board members, stockholders, attorneys (past and present), insurers, indemnities, sureties, representatives, partners (either limited or general), predecessors in interest, assigns, heirs, and successors, of and from any and all manner of action or actions, causes or causes of action, suits, debts, liens, contracts, agreements, bonds, promises, liabilities, claims (including, but not limited to, claims for attorneys fees, costs and sanctions), damages, demands, losses, costs, or expenses of any nature, whether now known or unknown, at law or in equity, vested or contingent, suspected or

unsuspected, and whether or not concealed or hidden, which have existed, or which do exist, or which hereafter can, shall, or may exist, with respect to any and all subject matter(s) events and/or transactions whatsoever which arise out of, or relate to, the Action.

t.  Petitioners acknowledge that they are aware of the fact that the execution and full performance of the terms of this Agreement shall be effective as a full and final accord and satisfaction and settlement of and as a bar to each and every claim, damage, demand for damage, debt, account, reckoning, liability, obligation, cost, expense, lien, action and cause of action through the date of this Agreement heretofore referred to and released and as more specifically described above, which Parents or Student have, may have in the future or has had against the District and all its agents, servants, employees, parent companies, subsidiaries, affiliates, officers, directors, board members, stockholders, attorneys (past and present), insurers, indemnities, sureties, representatives, partners (either limited or general), predecessors in interest, assigns, heirs, and successors, by reason of, relating to or in connection with the transactions and occurrences forming the basis for the Action. In connection with such waiver and relinquishment, Parents acknowledge that they are aware that they may hereinafter discover facts different from or in addition to the facts which they now know or believe to be true with respect to the subject matter of this Agreement, but that it is Parents' intention to fully, finally, absolutely and forever settle any and all claims, disputes and differences which do now exist, or heretofore have existed between the Parties which relate to or form the basis for the Action, and that in furtherance of such intention, the Agreement herein shall be and remain in effect as a full and final complete general release notwithstanding the discovery of any such different or additional facts.

u. In addition, Petitioners agree and understand that this Release extends to all claims of whatever nature of any kind, known or unknown, suspected or unsuspected, and in that regard, Parents acknowledge that they have been advised by legal counsel of or are familiar with the provisions of California Civil Code section 1542, which provides as follows:

> Section 1542. Certain claims not affected by general release. A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affect his settlement with the debtor.

v. Parents being aware of said section 1542, hereby expressly waive through the date of this Agreement any rights they may have thereunder, as well as under any other statute or common law principle of similar effect including, but not limited to, the Individuals with Disabilities Education Act, including amendments thereto, 20 U.S.C § 1400 et seq., 29 U.S.C. § 794 and 42 U.S.C. § 1983 through the date of this agreement. This release shall not waive Parents' rights to enforce this Agreement.

w. This Agreement constitutes a contract and is enforceable under the laws of the State of California and the United States.

x. This Agreement constitutes the entire agreement by the Parties and is executed freely and voluntarily by Parents and the District. No other promises, agreements, or statements shall be binding unless signed by the person or entity to be bound.

y. This Agreement is not, and shall not be construed as an admission of liability, fault or wrongdoing of any kind by any of the parties hereto.

z. This Agreement is a compromise and settlement of disputed facts and shall never be treated as an admission of or denial of such facts by any of the Parties for any purpose. For the purposes of this Agreement, there is no prevailing party.

Settlement Agreement and General Release                                    Page 9 of 11
███████ v. Encinitas Union School District

aa.  If any provision of this Agreement is held to be invalid or unenforceable by a court of competent jurisdiction, that determination shall not invalidate or render unenforceable any other provision of this Agreement.

bb.  Parents state they have read this Agreement; they have had the opportunity to have it fully explained to them by an attorney; they fully understand its final and binding effect; the only promises made to them to sign this Agreement are those stated above; and they are signing voluntarily.

cc.  This entire Agreement is subject to approval by the District's Board of Education. If the District's Board of Education does not approve this Agreement, the Agreement shall be null and void in its entirety.

dd.  The parties agree that this Agreement will be signed in counterparts such that signatures appear on separate signature pages. A copy or original of this Agreement with all signatures pages appended together shall be deemed a fully executed Settlement Agreement.

ee.  The District shall be deemed to have executed this Agreement when the District's Board of Education acts to approve the Agreement.

Dated: 1-12-07            ███████████, Father

Dated: _____        ███████████, Mother

Dated: _____        Irene Elliott, Director of Pupil Personnel Services
                          Encinitas Union School District

///
///
///
///

Settlement Agreement and General Release                                Page 10 of 11
████████████ v. Encinitas Union School District

aa. If any provision of this Agreement is held to be invalid or unenforceable by a court of competent jurisdiction, that determination shall not invalidate or render unenforceable any other provision of this Agreement.

bb. Parents state they have read this Agreement; they have had the opportunity to have it fully explained to them by an attorney; they fully understand its final and binding effect; the only promises made to them to sign this Agreement are those stated above; and they are signing voluntarily.

cc. This entire Agreement is subject to approval by the District's Board of Education. If the District's Board of Education does not approve this Agreement, the Agreement shall be null and void in its entirety.

dd. The parties agree that this Agreement will be signed in counterparts such that signatures appear on separate signature pages. A copy or original of this Agreement with all signatures pages appended together shall be deemed a fully executed Settlement Agreement.

ee. The District shall be deemed to have executed this Agreement when the District's Board of Education acts to approve the Agreement.

Dated: _____          _____, Father

Dated: 1/12/07              _____, Mother

Dated: _____          _____
                              Irene Elliott, Director of Pupil Personnel Services
                              Encinitas Union School District

///
///
///
///

Settlement Agreement and General Release                         Page 10 of 11
_____ Encinitas Union School District

aa.  If any provision of this Agreement is held to be invalid or unenforceable by a court of competent jurisdiction, that determination shall not invalidate or render unenforceable any other provision of this Agreement.

bb.  Parents state they have read this Agreement; they have had the opportunity to have it fully explained to them by an attorney; they fully understand its final and binding effect; the only promises made to them to sign this Agreement are those stated above; and they are signing voluntarily.

cc.  This entire Agreement is subject to approval by the District's Board of Education. If the District's Board of Education does not approve this Agreement, the Agreement shall be null and void in its entirety.

dd.  The parties agree that this Agreement will be signed in counterparts such that signatures appear on separate signature pages. A copy or original of this Agreement with all signatures pages appended together shall be deemed a fully executed Settlement Agreement.

ee.  The District shall be deemed to have executed this Agreement when the District's Board of Education acts to approve the Agreement.

Dated: _____        _____, Father

Dated: _____        _____, Mother

Dated: 01-12-2007        *Irene Elliott*
                         Irene Elliott, Director of Pupil Personnel Services
                         Encinitas Union School District

///
///
///
///

Settlement Agreement and General Release                                Page 10 of 11
▓▓▓▓▓▓ v. Encinitas Union School District

APPROVED AS TO FORM:

Dated: 01/12/07

_____
Hans Gillinger, Esq.
Roberts & Adams
Attorneys for Student and Parents

Dated: 1/12/07

_____
Anahid Hoonanian, Esq.
Miller Brown & Dannis
Attorneys for Encinitas Union School District

01-12-07   04:17PM   FROM-Roberts & Adams          714-698-0243       T-650  P.014/017  F-933
01-11-07   04:56PM   FROM-Roberts & Adams          714-698-0243       T-650  P.003/006  F-898

Date 1/9/07

Student _____ [redacted] _____ DOB [redacted]
          Last              First

Address _____ [redacted] _____
                       City              State         Zip

Phone ( [redacted] ) _____        Lori Carter
         Home      Work                  Case Manager

hereby authorize the exchange of records between the following:

Agency: CAEO                          School District: Encinitas Union School District
                                                       101 S. Rancho Santa Fe Rd.
                                                       Encinitas, CA  92025

                                      Attn: _____

                    Please send records to the above stated school district.

1. Requested records will be used for the following purpose(s):
   To support educational program

2. This authorization shall remain for one year from the date of signature unless revoked in writing by the pupil or the
   pupil's parent, guardian or conservator.

I hereby consent to the release of:  ~~(list one)~~  All of NPA 1/12/07
   ☒ Audiological reports   ☒ IEP      ☒ Medical reports            ☒ PT/OT evaluation, progress reports
   ☒ Educational reports    ☐ IPP      ☒ Psychological/psychiatric reports   ☒ Other

[redacted signature]                                    1/9/07
Person giving consent                                   Date

Indicate relationship to pupil:  ☐ Guardian  ☒ Parent  ☐ Self  ☐ Surrogate

EUSD 14 Rev 4/2005                          2005-2006 Forms

EXHIBIT 7

```
01-12-07  04:17PM  FROM-Roberts & Adams          714-698-0243        T-650  P.015/017  F-833
01-11-07  04:56PM  FROM-Roberts & Adams          714-698-0243        T-638  P.004/006  F-840
```

**North Coastal Consortium For Special Education** — Referral For Special Education Evaluation

Date: 01/09/2007

To the parent/guardian of: M[redacted] B[redacted]
Last / First
DOB: 07/02/2003

Parent/Guardian/Surrogate: [redacted]   Address: [redacted]
City: [redacted]   State: [redacted]   Zip: ____   Phone: [redacted] (Home) ____ (Work)

Primary language of student: 00 English   Home language: 00 English

[X] Proposed Action   [ ] Referral   IEP status ____

This notice is to fully inform you regarding the school district's proposal to initiate or change the identification, evaluation, educational placement of your child, or the provision of a free appropriate public education to your child. This notice includes a description of the proposed action, an explanation of why the district proposes to take this action, a description of any other options the agency considered and the reasons why these options were rejected, and any other factors that are relevant (interventions and modifications attempted and results) to this proposal.

Description of Proposed Action:

[X] Identification (Initial Referral)
[X] Evaluation
  [ ] Initial evaluation
  [X] Other: Other Reevaluation per mediation
  [ ] Triennial (3 year) reevaluation
  [X] An Evaluation Plan is attached. Your written consent is required on this plan before any evaluation may occur. Please sign and return this plan within 15 days.

[ ] Educational Placement/Provision of a Free Appropriate Public Education
  [ ] Change of Placement
  [ ] Individualized Transition Plan
  [ ] Pre-expulsion IEP
  [ ] Program Transition
  [ ] Other ____

[ ] An IEP meeting notice is attached. Please sign and return the notice to your child's teacher as soon as possible.

Reason(s) for this proposed action:
Reevaluation in the spring of 2007 was part of the mediated agreement between Encinitas Union School District and the Middleton family.

Other options considered and reasons why they were rejected:
Other options to consider are not appropriate due to mediation agreement.

Interventions and modifications attempted, concerns, and results:
See IEP

Description of evaluation procedures, test records or report(s) and other factors (if any) relevant to this proposed action:
Standardized assessment, review of records, observation, interview, work samples

Check area(s) of suspected disability (for evaluation only):
[X] Health
[X] Motor
  [X] Gross
  [X] Fine
[X] Speech/Language
[X] Cognitive Functioning
[X] Adaptive Behavior
[X] Social/Emotional

[X] Academic Performance
  [ ] Reading
  [ ] Math
  [ ] Written Language
→ [ ] Processing Skills
  [ ] Auditory
  [ ] Visual
  [ ] Tactile/Kinesthetic

[X] Sensory
  [ ] Vision
  [ ] Hearing
  [ ] Orthopedic
  [ ] Other (specify)

You have protections under state and federal procedural safeguard provisions. Please refer to the enclosed NOTICE OF PROCEDURAL SAFEGUARDS for an explanation of these rights. If you would like further information about your rights the proposed action and/or referral please contact:

Carter, Lori FV-05004      943-2014       Special Education Teacher
District Contact           Phone          Position

NC002 a Rev 4/2006

EXHIBIT 2

**North Coastal Consortium for Special Education** — Evaluation Plan

Date: 01/09/2007
Date of Referral: 01/09/2007
Date Received by District: _____
IEP Due Date: 01/16/2007

Your child has been referred for:
☐ Initial Evaluation   ☐ 3-Year Re-Evaluation-Triennial   ☒ Other   Other: to complete IEP

Student: M_____ [Last]  H_____ [First]   Date of Birth: _____
School: FLORA VISTA    Grade: ___
Primary Language: 00 English   ELL ☒ No ☐ Yes   Language Assessment Date: _____

If student's primary language is other than English, an interpreter will be used to assure accuracy of assessment.

In order to meet your child's individual education needs, the following evaluation is proposed. This evaluation will provide information related to enabling your child to participate in the general curriculum (or appropriate activities for preschool children). The evaluation will be conducted by qualified personnel and is designed to assess your child in all areas of suspected disability. In addition to the assessments indicated below, a variety of tools and strategies will be utilized, which may include observation of the student, teacher/parent/student interviews, reviews of school records and prior assessments. The assessment instruments have been validated for the specific purpose for which they will be used, unless otherwise indicated, and are selected so as not to be discriminatory on racial or cultural basis. You will receive a copy of the evaluation report(s). You will be asked to participate in a meeting of the Individualized Education Program (IEP) team following completion of the evaluation. If your child is determined to have a disability as defined in state/federal law, the evaluation information will provide input into the content of the IEP. The team may recommend special education and/or services. No single procedure will be used as the sole criterion for determining an appropriate education program for your child. No placement in special education services will be initiated without your written permission.

**AREAS TO BE ASSESSED ARE CHECKED**

☒ **ACADEMIC ACHIEVEMENT**   ADMINISTERED BY: Special Education Teacher
Purpose: These tests measure a student's current reading, writing, mathematics, or pre-readiness skills. Tests may include, but are not limited to:
- ☐ Bateria Woodcock-Muñoz
- ☒ Brigance Inventory of Basic Skills
- ☐ Early Screening Profiles (ESP)
- ☐ Kaufman Test of Educational Achievement (KTEA)
- ☐ Key Math
- ☐ Peabody Individual Achievement Test, Rev. (PIAT)
- ☐ Wechsler Individual Achievement Test (WIAT)
- ☐ Woodcock-Johnson Achievement Battery III
- ☐ Other _____

☒ **PSYCHO-MOTOR DEVELOPMENT/PERCEPTUAL FUNCTIONING**   ADMINISTERED BY: Occupational Therapist/APE Specialist
Purpose: Instruments in this area measure how well students coordinate body movements in small and large muscle activities. They may also include visual perceptual skills. Tests may include, but are not limited to:
- ☐ Bender-Gestalt
- ☐ Bruininks-Oseretsky Test of Motor Proficiency
- ☐ Detroit Test of Learning Aptitude
- ☐ Developmental Test of Visual Motor Integration (VMI)
- ☐ Motor Free Visual Perception Test (MVPT)
- ☐ Test of Visual Perceptual Skills (TVPS)
- ☒ Other: Peabody Fine Motor/Visual Motor, Sensory Profile, Brigance Gross Motor

☒ **LANGUAGE/SPEECH/COMMUNICATION DEVELOPMENT**   ADMINISTERED BY: Speech and Language Specialist
Purpose: These tests measure a student's ability to understand, relate to and use language, and to speak clearly and appropriately. Tests may include, but are not limited to:
- ☐ Clinical Evaluation of Lang. Fundamentals (CELF)
- ☐ Comprehensive Assessment of Speech and Lang (CASL)
- ☐ Comprehensive Test of Phonological Processing (CTOPP)
- ☐ Expressive One Word Picture Vocabulary Test
- ☐ Expressive Vocabulary Test (EVT)
- ☐ Goldman-Fristoe Test of Articulation
- ☐ Language Processing Test (LPT)
- ☐ Language Sample
- ☐ Oral & Written Language Scales
- ☐ Peabody Picture Vocabulary Test (PPVT)
- ☐ Receptive One Word Picture Vocabulary Test
- ☐ Test of Auditory Perceptual Skills (TAPS)
- ☐ Test of Auditory Reasoning & Processing Skills (TARPS)
- ☐ Test of Language Development (TOLD)
- ☐ Test of Problem Solving (TOPS)
- ☐ Voice and/or Fluency Measurements
- ☒ Other: Receptive Expressive Emergent Language Test

NCCSE DA  Rev 6/2002   District Approved 6/16/03

EXHIBIT 2

01-12-07   04:17PM   FROM-Roberts & Adams          714-698-0243        T-650  P.017/017  F-833
01-11-07   04:56PM   FROM-Roberts & Adams          714-698-0243        T-630  P.008/008  F-000

For Special Education
Student: M_____ B_____

☒ **COGNITIVE FUNCTIONING**         ADMINISTERED BY: School Psychologist
Purpose: These tests measure how well a student remembers what has been seen and heard in the environment, how well the student can use the information, and how well she/he solves problems. (Tests yielding IQ scores cannot be administered to African American students). Tests may include, but are not limited to:

☐ Batería Woodcock-Muñoz                    ☐ Ravens Progressive Matrices
☐ Bayley Scales of Infant Development       ☐ Stanford-Binet Intelligence Scale
☐ Comprehensive Test of Non-Verbal Intelligence (C-TONI)  ☐ Wechsler Tests of Intelligence
☐ Kaufman Assessment Battery for Children (K-ABC)  ☐ Woodcock Johnson Part I-R Cognitive Battery
☐ Leiter-International Performance Scale    ☒ Other  Psychoeducational Profile IV

☒ **SOCIAL/EMOTIONAL ADAPTIVE BEHAVIOR**    ADMINISTERED BY: School Psychologist
Purpose: These tests measure the student's general adjustment to life and school. They indicate what individuals can do for themselves and how well they get along with others. Tests may include, but are not limited to:

☐ AAMD Adaptive Behavior Scales             ☐ Rorschach Apperception Test
☒ Behavior Assessment System for Children (BASC)  ☐ Sentence Completion
☐ Child Behavior Checklist                  ☐ Vineland Adaptive Behavior Scales
☐ Draw a Person/Draw a Family               ☐ Wisconsin Behavior Rating Scale
☐ Functional Analysis of Behavior           ☐ Other
☐ Piers-Harris

☐ **PREVOCATIONAL/VOCATIONAL**              ADMINISTERED BY:
Purpose: Prevocational/vocational tests assist in the identification of a student's interest and aptitude which can be utilized to explore career options. Tools may include but are not limited to:

☐ Vocational Interest Inventory
☐ Other

☒ **ADDITIONAL and/or ALTERNATIVE ASSESSMENT**  ADMINISTERED BY: All Assessment Team Members
Purpose: Alternative assessment may provide different and/or additional information in a variety of areas. Tests may include, but are not limited to:

☐ Criterion Referenced                      ☐ Portfolio
☐ Curriculum Based                          ☒ Other  Review of records, observation, work samples, interview

☒ **HEALTH**                                ADMINISTERED BY: District Nurse
Purpose: Alternative assessment may provide different and/or additional information in a variety of areas. Tools may include, but are not limited to:

☒ Audiological Evaluation                   ☒ Vision Screening
☒ Health and Developmental History          ☐ Other
☐ Hearing Screening

If you have any questions about this Evaluation Plan, or would like more information regarding a tool identified above, please contact:
Carter, Lori FV-05004        Special Education Teacher       943-3014
NAME                         POSITION                        PHONE NUMBER

**PARENT ACKNOWLEDGEMENT**
Are there any other areas of suspected disability that you would like to be evaluated?  ☐ No  ☒ Yes
If yes, please specify  VISUAL MOTOR / PROCESSING SKILLS / SENSORY
Do you have any independent assessments you would like to have considered?  ☐ No  ☒ Yes
If yes, please specify and provide a copy of the assessment for your child's file which will be considered by the IEP team.
COPIES WERE PROVIDED ALREADY

Please initial the appropriate responses and sign below:
(X) I understand the proposed evaluation plan.
(X) I give permission for the evaluation as indicated, OR ( ) I give my permission only for the following assessments:

(X) I will make my child available for the evaluation.
(X) If an evaluator feels additional tests are needed, she/he may contact me to obtain verbal permission at: ( X )
(X) I have received a copy of the NOTICE OF PROCEDURAL SAFEGUARDS.

Parent/Guardian/Surrogate/Student Signature              1/12/07
                                                         Date

NOTICE 4a Rev 8/2003   Cabinet Approved 9/16/03

EXHIBIT 2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) S.S.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 301 E. Ocean Blvd., Suite 1750, Long Beach, CA 90802.

On the date set forth below I served the foregoing document described as: SETTLEMENT AGREEMENT AND GENERAL RELEASE on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

Office of Administrative Hearings
Special Education Unit
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

Fax: (916) 263-0890

Timothy Adams, Esq.
Hans Gillinger, Esq.
ROBERTS & ADAMS
18377 Beach Boulevard
Suite 322
Huntington Beach, CA 92648

Fax: (714) 698-0243

[ ] (VIA U.S. MAIL) I caused such document to be placed in the U.S. Mail at Long Beach, California with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (VIA FACSIMILE) I caused such document to be transmitted via facsimile to the addressee from the facsimile machine of Miller Brown & Dannis whose phone number is (562) 366-8505. The transmission by facsimile was reported as complete and without error.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] (VIA EXPRESS MAIL) I caused such envelope to be deposited at an authorized "drop off" box on that same day with delivery fees fully provided for at 301 E. Ocean Blvd., Suite 1750, Long Beach, CA 90802, in the ordinary course of business.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on January 12, 2007 at Long Beach, California.

*Penny Curtis* (signature)
Penny Curtis

---

1
PROOF OF SERVICE