Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 APR -1  PM 2: 40

B.M., a minor by and through R.M.,
Plaintiff,

vs

Encinitas Union School District,

---

Encinitas Union School District
Counterclaimant,
vs.
B.M., a minor by and through R.M.,

Counterdefendants.

(COUNTERCLAIM)
**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 412 L JMA

TO: (Name and Address of Defendant)

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Sue Ann Salmon Evans
Miller Brown & Dannis
301 E. Ocean Blvd., Suite 1750
Long Beach, CA 90802

Telephone: 562-366-8500
Facsimile: 562-366-8505

  An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 0 1 2008

W. Samuel Hamrick, Jr.
CLERK
K. HAMBERLY

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)