Timothy A. Adams, Esq. SBN 213896
Jennifer J. Kropke, Esq. SBN 230303
Drew Massey, Esq. SBN 244350
**ROBERTS & ADAMS**
20042 Beach Blvd.
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M.<br><br>Plaintiff,<br><br>vs.<br><br>ENCINITAS UNION SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 08-CV-412-L-JMA<br><br>**PLAINTIFF'S MOTION AND NOTICE OF MOTION TO DISMISS DEFENDANT ENCINITAS UNION SCHOOL DISTRICT'S COUNTERCLAIM UNDER RULE 12(b)(6)**<br><br>Judge: Honorable M. James Lorenz<br>Location: Courtroom 14<br>Date: June 9, 2008<br>Time: 10:30 a.m. |

TO DEFENDANT ENCINITAS UNION SCHOOL DISTRICT AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on June 9, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California, 92101-8900, in the courtroom of the Honorable M.

-1-

James Lorenz, Plaintiff will and hereby does move the Court to Dismiss the Encinitas Union School District's Counterclaim for failure to state a claim under Fed. R. Civ. Pro. 12(b)(6). This Motion is brought on the ground that there can be no action to enforce a contract which by its terms has expired, and that no law exists to force the parents of a child with disability to accept "stay-put" services.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such matters as may be presented to the Court at the time of hearing.

DATED:   April 15, 2008                    ROBERTS & ADAMS

By:   s/ Drew Massey

Timothy A. Adams
Jennifer J. Kropke
Drew Massey
Attorneys for Plaintiff B.M., by and through R.M.