Timothy A. Adams, Esq. SBN 213896
Jennifer J. Kropke, Esq. SBN 230303
Drew Massey, Esq. SBN 244350
**ROBERTS & ADAMS**
20042 Beach Blvd.
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M. | CASE NO.: 08-CV-412-L-JMA |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |
| vs. | Judge: Honorable M. James Lorenz |
| | Location: Courtroom 14 |
| ENCINITAS UNION SCHOOL DISTRICT, | Date: June 9, 2008 |
| | Time: 10:30 a.m. |
| Defendant. | |

Plaintiff, by and through his attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. In the Encinitas Union School District, the 2007/2008 school year began on August 20, 2007. A copy of the 2007/2008 school calendar is attached as Exhibit 1. This fact is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). A copy of

the attached school calendar can also be obtained from Defendant Encinitas Union School District's website at: http://www.eusd.net/calendar/calendar-07-08.pdf

DATED: April 15, 2008                    ROBERTS & ADAMS

By: ___s/ Drew Massey_____

Timothy A. Adams
Jennifer J. Kropke
Drew Massey
Attorneys for Plaintiff B.M., by and through R.M.