# EXHIBIT 1

# Encinitas Union School District
## 2007-08

| Month | M | T | W | Th | F | Student Days | Teacher Days | Holidays Descriptions |
|---|---|---|---|---|---|---|---|---|
| Jul | 2 | 3 | 4 | 5 | 6 | | | Holiday |
| | 9 | 10 | 11 | 12 | 13 | | | |
| | 16 | 17 | 18 | 19 | 20 | | | |
| | 23 | 24 | 25 | 26 | 27 | | | |
| Aug | 30 | 31 | 1 | 2 | 3 | | | |
| | 6 | 7 | 8 | 9 | 10 | | | |
| | 13 | 14 | 15 | 16 | 17 | 0 | 2 | 16, 17 Prep Days (non-student days) |
| | 20 | 21 | 22 | 23 | 24 | 5 | 5 | |
| | 27 | 28 | 29 | 30 | 31 | 5 | 5 | 20 First Student Day |
| Sept | 3 | 4 | 5 | 6 | 7 | 4 | 4 | 3 Labor Day |
| | 10 | 11 | 12 | 13 | 14 | 5 | 5 | |
| | 17 | 18 | 19 | 20 | 21 | 5 | 5 | |
| | 24 | 25 | 26 | 27 | 28 | 5 | 5 | 24-28 Conferences |
| Oct | 1 | 2 | 3 | 4 | 5 | 5 | 5 | |
| | 8 | 9 | 10 | 11 | 12 | 5 | 5 | |
| | 15 | 16 | 17 | 18 | 19 | 5 | 5 | |
| | 22 | 23 | 24 | 25 | 26 | 0 | 0 | 22-2 Fall Break |
| Nov | 29 | 30 | 31 | 1 | 2 | 0 | 1 | 2 Flex Prep Day (non-student day) |
| | 5 | 6 | 7 | 8 | 9 | 5 | 5 | |
| | 12 | 13 | 14 | 15 | 16 | 4 | 4 | 12 Veterans Day |
| | 19 | 20 | 21 | 22 | 23 | 2 | 2 | 21-23 Thanksgiving Break |
| | 26 | 27 | 28 | 29 | 30 | 5 | 5 | |
| Dec | 3 | 4 | 5 | 6 | 7 | 5 | 5 | |
| | 10 | 11 | 12 | 13 | 14 | 5 | 5 | |
| | 17 | 18 | 19 | 20 | 21 | 4 | 5 | 21 Flex Prep Day (non-student day) |
| | 24 | 25 | 26 | 27 | 28 | 0 | 0 | |
| Jan | 31 | 1 | 2 | 3 | 4 | 0 | 0 | 24-4 Winter Break |
| | 7 | 8 | 9 | 10 | 11 | 5 | 5 | |
| | 14 | 15 | 16 | 17 | 18 | 5 | 5 | |
| | 21 | 22 | 23 | 24 | 25 | 4 | 4 | 21 ML King Day |
| | 28 | 29 | 30 | 31 | 1 | 5 | 5 | |
| Feb | 4 | 5 | 6 | 7 | 8 | 5 | 5 | |
| | 11 | 12 | 13 | 14 | 15 | 4 | 4 | 15 Lincoln's Day |
| | 18 | 19 | 20 | 21 | 22 | 4 | 4 | 18 Washington's Day |
| | 25 | 26 | 27 | 28 | 29 | 5 | 5 | |
| | 3 | 4 | 5 | 6 | 7 | 5 | 5 | |
| Mar | 10 | 11 | 12 | 13 | 14 | 5 | 5 | |
| | 17 | 18 | 19 | 20 | 21 | 5 | 5 | |
| | 24 | 25 | 26 | 27 | 28 | 5 | 5 | |
| Apr | 31 | 1 | 2 | 3 | 4 | 0 | 0 | 31-11 Spring Break |
| | 7 | 8 | 9 | 10 | 11 | 0 | 0 | |
| | 14 | 15 | 16 | 17 | 18 | 5 | 5 | |
| | 21 | 22 | 23 | 24 | 25 | 5 | 5 | |
| | 28 | 29 | 30 | 1 | 2 | 5 | 5 | |
| May | 5 | 6 | 7 | 8 | 9 | 5 | 5 | |
| | 12 | 13 | 14 | 15 | 16 | 5 | 5 | |
| | 19 | 20 | 21 | 22 | 23 | 5 | 5 | |
| | 26 | 27 | 28 | 29 | 30 | 4 | 4 | 26 Memorial Day |
| Jun | 2 | 3 | 4 | 5 | 6 | 5 | 5 | |
| | 9 | 10 | 11 | 12 | 13 | 5 | 5 | |
| | 16 | 17 | 18 | 19 | 20 | 5 | 5 | 20 Last Student Day |
| | 23 | 24 | 25 | 26 | 27 | 0 | 1 | 23 Flex Prep Day (non-student day) |
| | | | | | | 180 | 185 | |

☐ Holiday, Breaks, no school

Approved by the Board of Trustees January 17, 2006