| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SUE ANN SALMON EVANS  SBN 151562<br>MILLER BROWN AND DANNIS<br>301 E. OCEAN BLVD.<br>SUITE 1750<br>LONG BEACH CA 90802 | 562-366-8500<br><br>Ref. No. or File No.<br>2915.1.0308 | |
| ATTORNEY FOR   Defendant | | |

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:

B.M., a minor v Encinitas Union School District

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 620967 | | | | 080412 |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED THE:

SUMMONS IN A CIVIL ACTION, COUNTERCLAIM
COUNTERCLAIM OF DEFENDANT ENCINITAS UNION SCHOOL
DISTRICT AGAINST B.M., A MINOR BY AND THROUGH R.M., RE
APPEAL FROM AN OFFICE OF ADMINISTRATIVE HEARINGS
DECISION UNDER THE INDIVIDUALS WITH DISABILITES
EDUCATION ACT

ON: N.M.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE ABOVE NAMED PERSON A COPY THEREOF, AT:

233 WITHAM ROAD
ENCINITAS CA

ON: 04/05/08      AT: 09:36 AM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: MATTHEW GERLICH          FEE FOR SERVICE:      89.50

RAPID LEGAL INC                     d.  Registered California process server
1199 MONTEREY PASS RD               (1) [  ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 1223
323-526-7300 FAX 323-526-7377       (3) County: SAN DIEGO
                                    (4) Expiration:  07/12/07

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 04/07/08                      >    _[signature]_
                                         SIGNATURE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 301 E. Ocean Blvd., Suite 1750, Long Beach, CA 90802.

On the date set forth below I served the foregoing documents described as:

**DECLARATION OF SERVICE**

on plaintiffs by serving counsel of record electronically, having verified on the court's CM/ECF website that such counsel is currently on the list to receive emails for this case, and that there are no attorneys on the manual notice list.

DATED: April 21, 2008            MILLER BROWN & DANNIS
                                 SUE ANN SALMON EVANS
                                 DEBORAH L. UNGAR
                                 ANAHID HOONANIAN


                                 By:   s/
                                 SUE ANN SALMON EVANS
                                 DEBORAH L. UNGAR
                                 ANAHID HOONANIAN
                                 Attorneys for Defendant
                                 Encinitas Union School District

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802