UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M., <br><br> Plaintiff, <br><br> v. <br><br> ENCINITAS UNION SCHOOL DISTRICT, <br><br> Defendants. | Case No. 08-CV-0412-L (JMA) <br><br> **ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

At the request of counsel, the Early Neutral Evaluation Conference previously scheduled to by held on May 20, 2008 at 10:00 a.m. is hereby VACATED. Instead, Judge Adler will conduct the Early Neutral Evaluation Conference on **June 9, 2008** at **10:00 a.m.**

**IT IS SO ORDERED.**

DATED: April 23, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv412