Timothy A. Adams, Esq. SBN 213896
Jennifer J. Kropke, Esq. SBN 230303
Drew Massey, Esq. SBN 244350
**ROBERTS & ADAMS**
20042 Beach Blvd.
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M.,<br><br>Plaintiff,<br><br>vs.<br><br>ENCINITAS UNION SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 08-CV-412-L-JMA<br><br>**JOINT MOTION TO CONTINUE THE HEARING DATE FOR THE MOTION TO DISMISS**<br><br>Judge: Honorable M. James Lorenz<br>Location: Courtroom 14<br>Date: June 9, 2008<br>Time: 10:30 a.m. |

The Parties in the above captioned matter have been ordered by Magistrate Judge Jan M. Adler to participate in an Early Neutral Evaluation ("ENE") Conference on May 20, 2008. Due to previously arranged travel plans, Plaintiff's parents, the individuals with full settlement authority, will not be able to participate in the ENE Conference on that date.

//

---
-1-
**JOINT MOTION TO THE HEARING DATE FOR THE MOTION TO DISMISS**
**CASE NO.: 08-CV-412-L-JMA**

| | |
|---|---|
| 1 | Counsel for the Plaintiffs have contacted the clerk for Magistrate Judge Adler and secured a continued date for the ENE Conference of June 9, 2008 at 10:00 a.m. However, this conflicts with the date set for the above Motion to Dismiss. Further, the Parties believe that if they incur further litigation costs in Opposing the Motion to Dismiss, and in Replying to that Opposition, that settlement of the case will be less likely. |

Counsel for the Plaintiffs have contacted the clerk for the Honorable Judge Lorenz and have been informed that the Court is available to hear the Motion to Dismiss on July 7, 2008 at 10:30 a.m.

THEREFORE, THE PARTIES JONTLY MOVE AS FOLLOWS:

That the hearing on Plaintiff's Motion to Dismiss Defendant's Counterclaim be continued to July 7, 2008 at 10:30 a.m. in the same courtroom and location.

DATED: April 23, 2008      ROBERTS & ADAMS

By:    s/ Drew Massey

Timothy A. Adams
Jennifer J. Kropke
Drew Massey
Attorneys for Plaintiff B.M., by and through R.M.

DATED: April 24, 2008      MILLER, BROWN & DANNIS

By: _____

Sue Ann Salmon Evans
Anahid Hoonanian
Attorneys for Defendant Encinitas Union School District

-2-

**JOINT MOTION TO THE HEARING DATE FOR THE MOTION TO DISMISS**
**CASE NO.: 08-CV-412-L-JMA**