UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor child by and through R.M., | Civil No. 08cv412-L(JMA) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE [doc. #2] and TAKING MOTION ON THE PAPERS** |
| v. | |
| ENCINITAS UNION SCHOOL DISTRICT, | |
| Defendant. | |

Good cause appearing, the parties' joint motion to continue the hearing date on plaintiff's motion to dismiss the counterclaim is **GRANTED**. The motion to dismiss [doc. #17] is continued to July 7, 2008. Further, the Court finds this motion suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: May 5, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES COUNSEL

08cv412