Timothy A. Adams, Esq. SBN 213896
tadams@edattorneys.com
Jennifer J. Kropke, Esq. SBN 230303
jkropke@edattorneys.com
Drew Massey, Esq. SBN 244350
dmassey@edattorneys.com
**ROBERTS & ADAMS**
20042 Beach Blvd.
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff
B.M., a minor child by and through R.M.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. a minor child by and through R.M. | CASE NO.: 08-CV-412-L-JMA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Judge: Honorable M. James Lorenz |
| | Location: Courtroom 14 |
| ENCINITAS UNION SCHOOL DISTRICT, | Date: June 9, 2008 |
| | Time: 10:30 a.m. |
| Defendant. | |

ALL PARTIES TAKE NOTICE:

//
//
//
//
//

-1-
**NOTICE OF APPEARANCE**
**CASE NO.: 08-CV-412-L-JMA**

Timothy A. Adams, a partner at the law firm of Roberts & Adams, should be added as counsel of record in the above captioned case. He is not substituting for any attorney, but is appearing on behalf of B.M. and in addition to the attorneys already on the service list from Roberts & Adams.

DATED: May 5, 2008

ROBERTS & ADAMS

By: s/ Timothy A. Adams

Timothy A. Adams
Jennifer J. Kropke
Drew Massey
Attorneys for Plaintiff B.M., by and through R.M.