UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M., | ) Case No. 08-CV-0412-L (JMA) |
| Plaintiff, | ) **ORDER SCHEDULING TELEPHONIC** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| v. | ) |
| ENCINITAS UNION SCHOOL DISTRICT, | ) |
| Defendants. | ) |

An Early Neutral Evaluation Conference was held on June 9, 2008 at 10:00 a.m. **IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **June 27, 2008** at **2:30 p.m.** All counsel shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  June 9, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv412