SUE ANN SALMON EVANS, State Bar No. 151562
sevans@mbdlaw.com
DEBORAH L. UNGAR, State Bar No. 207763
dungar@mbdlaw.com
ANAHID HOONANIAN, State Bar No. 196679
ahoonanian@mbdlaw.com
MILLER BROWN & DANNIS
301 East Ocean Boulevard, Suite 1750
Long Beach, CA 90802
Telephone: (562) 366-8500
Facsimile: (562) 366-8505

Attorneys for Defendant and Counterclaimant
Encinitas Union School District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M., <br><br> Plaintiff, <br><br> v. <br><br> Encinitas Union School District, <br><br> Defendant. <br><br> Encinitas Union School District, <br><br> Counterclaimant, <br><br> v. <br><br> B.M., a minor by and through R.M., <br><br> Counterdefendant. | Case No. 08 CV 412 L JMA <br><br> **JOINT MOTION TO CONTINUE THE HEARING DATE FOR THE MOTION TO DISMISS COUNTERCLAIM** <br><br> Date:   July 7, 2008 <br> Dept :  Courtroom 14 <br> Judge : Honorable M. James Lorenz <br> **Motion to Be Determined On The Papers** <br><br> **Complaint Filed:   March 4, 2008** <br> **Complaint Served: March 6, 2008** <br> **Counterclaim filed:  March 26, 2008** |

1
JOINT MOTION TO CONTINUE THE HEARING DATE FOR THE MOTION TO DISMISS

SF 316132v1

Plaintiff and Counterdefendant B.M., a minor, by and through R.M. ("Plaintiff") and Defendant and Counterclaimant Encinitas Union School District's ("District" of "Defendant") (collectively referred to as "Parties") request a second continuance of the Motion to Dismiss Counterclaim in the above matter for the following reasons:

On June 9, 2008 the Parties participated in an Early Neutral Evaluation ("ENE") conference before Magistrate Judge Jan M. Adler. At the conference, the Parties agreed and Magistrate Judge Adler ordered the following post-conference settlement negotiations:

On June 12, 2008, Plaintiff to submit written settlement counter offer to Defendant.

Upon receipt of Plaintiffs written counter offer, Defendant and Plaintiff are to confer regarding further settlement negotiations.

On June 27, 2008, Magistrate Judge Adler set a telephonic Case Management Conference to discuss the status of settlement negotiations.

The Parties believe if they incur further litigation costs in opposing the Motion to Dismiss Counterclaim, and in replying to that Opposition, that settlement of the case will be less likely. Accordingly, the Parties agree to continue Plaintiff's Motion to Dismiss Defendant's Counterclaim for at least one month and that the dates for opposing the Motion and replying to the Opposition to Motion to Dismiss be continued based on the new motion date.

Pursuant to Judge Lorenz's previous order of May 5, 2008, the Court has found this motion suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1.(d)(1).

Therefore, the Parties jointly move as follows:

That Plaintiff's Motion to Dismiss Defendant's Counterclaim be continued to August 2008 and that no appearances be required, and the due dates for

1  opposing the Motion and replying to the Opposition to Motion to Dismiss be
2  continued based on the new motion date.

3  DATED: June 16, 2008                    MILLER BROWN & DANNIS
4                                          SUE ANN SALMON EVANS
                                            ANAHID HOONANIAN
5

6                                          By:   /S/ Sue Ann Salmon Evans
                                            SUE ANN SALMON EVANS
7                                           Attorneys for Defendant and Cross-
                                            claimant
8                                           Encinitas Union School District

9  DATED: June    , 2008                   ROBERTS & ADAMS

10

11                                         By: _____
12                                          Timothy A. Adams
                                            Jennifer J. Kropke
13                                          Drew Massey
                                            Attorneys for Plaintiff B.M., by and
14                                          through R.M.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
SF 316132v1    JOINT MOTION TO CONTINUE THE HEARING DATE FOR THE MOTION TO DISMISS

1  opposing the Motion and replying to the Opposition to Motion to Dismiss be
2  continued based on the new motion date.
3
4  DATED: June 16, 2008                MILLER BROWN & DANNIS
                                        SUE ANN SALMON EVANS
                                        ANAHID HOONANIAN
5
6                                       By:   /S/ Sue Ann Salmon Evans
                                        SUE ANN SALMON EVANS
7                                       Attorneys for Defendant and Cross-
                                        claimant
8                                       Encinitas Union School District
9  DATED: June 16, 2008                ROBERTS & ADAMS
10
11                                      By:
12                                      Timothy A. Adams
                                        Jennifer J. Kropke
13                                      Drew Massey
                                        Attorneys for Plaintiff B.M., by and
14                                      through R.M.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

SF 316132v1

3
JOINT MOTION TO CONTINUE THE HEARING DATE FOR THE MOTION TO DISMISS

TOTAL P.003

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 301 East Ocean Boulevard, Suite 1750, Long Beach, CA 90802.

On the date set forth below I served the foregoing document described as **JOINT MOTION TO CONTINUE THE HEARING DATE FOR THE MOTION TO DISMISS COUNTERCLAIM** on interested Parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(VIA U.S. MAIL)** I caused such document to be placed in the U.S. Mail at Long Beach, California with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(VIA FACSIMILE)** I caused such document to be transmitted via facsimile to the addressee from the facsimile machine of Miller Brown & Dannis whose phone number is (562) 366-8505. The transmission by facsimile was reported as complete and without error

☒ **BY ELECTRONIC SERVICE**: I caused the above-entitled document to be sent to Tim Adams of Roberts & Adams, lead counsel for plaintiffs and counter defendant, via e-service at the recipient's office. This service complies with C.C.P. § 1010.6.

☐ **(VIA OVERNIGHT MAIL)** I caused such envelope to be deposited at an authorized "drop off" box on that same day with delivery fees fully provided for at 301 East Ocean Boulevard, Suite 1750, Long Beach, CA 90802, in the ordinary course of business.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 16, 2008 at Long Beach, California.

    Ila Friend                                                   /S/ Ila Friend
Type or Print Name                                       Signature

**Service List**

Tim Adams
Drew Massey
Jennifer Jean Kropke
Roberts & Adams
20042 Beach Blvd.,
Huntington Beach, CA 92648