SUE ANN SALMON EVANS, State Bar No. 151562
sevans@mbdlaw.com
ANAHID HOONANIAN, State Bar No. 196679
ahoonanian@mbdlaw.com
MILLER BROWN & DANNIS
301 East Ocean Boulevard, Suite 1750
Long Beach, CA 90802
Telephone: (562) 366-8500
Facsimile: (562) 366-8505

Attorneys for Defendant Encinitas Union School District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M.,<br><br>  Plaintiff,<br><br> v.<br><br>Encinitas Union School District,<br><br>  Defendant. | Case No. 08 CV 412 L JMA<br><br>**DEFENDANT ENCINITAS UNION SCHOOL DISTRICT'S NOTICE OF APPEARANCE**<br><br>Dept : Courtroom 14<br>Judge : Honorable M. James Lorenz<br><br>**Complaint Filed: March 4, 2008**<br>**Complaint Served: March 6, 2008** |

Defendant ENCINITAS UNION SCHOOL DISTRICT ("Defendant") requests that the following attorney be added to the docket in the above matter as additional counsel for Defendant:

ANAHID HOONANIAN; State Bar No. 196679; ahoonanian@mbdlaw.com

DATED: June 27, 2008                      MILLER BROWN & DANNIS

                                          By:   /s/Anahid Hoonanian
                                          SUE ANN SALMON EVANS
                                          ANAHID HOONANIAN
                                          Attorneys for Defendant
                                          Encinitas Union School District

1
DEFENDANT ENCINITAS UNION SCHOOL DISTRICT'S NOTICE OF APPEARANCE

SF 318607v1

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 301 East Ocean Boulevard, Suite 1750, Long Beach, CA 90802.

On the date set forth below I served the foregoing document described as **DEFENDANT ENCINITAS UNION SCHOOL DISTRICT'S NOTICE OF APPEARANCE** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Tim Adams
Drew Massey
Jennifer Jean Kropke
Roberts & Adams
20042 Beach Blvd.,
Huntington Beach, CA 92648

☒ **BY ELECTRONIC SERVICE**: I caused the above-entitled document to be sent to Tim Adams of Roberts & Adams, lead counsel for plaintiffs and counterdefendant, via e-service at the recipient's office. This service complies with C.C.P. § 1010.6.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 27, 2008 at Long Beach, California.

|  Ila Friend  |  /s/Ila Friend  |
| Type or Print Name | Signature |

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

SF 318607v1

2

DEFENDANT ENCINITAS UNION SCHOOL DISTRICT'S NOTICE OF APPEARANCE