UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M., <br><br>                    Plaintiff, <br><br>v. <br><br>ENCINITAS UNION SCHOOL DISTRICT, <br><br>                    Defendants. | Case No. 08-CV-0412-L (JMA) <br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On June 27, 2008 at 2:30 p.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1.  The Rule 26(f) conference shall be completed by <u>July 25, 2008</u>;

2.  All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>August 8, 2008</u>;

3.  A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>August 8, 2008</u>

1 (the parties should consult Rule 26(f) for the substance of the
2 discovery plan);[1] and,
3     4.    Pursuant to Rule 16(b) of the Federal Rules of Civil
4 Procedure, a telephonic Case Management Conference shall be held
5 on **August 15, 2008** at **9:30 a.m.** before Magistrate Judge Adler.
6 All counsel and unrepresented parties shall appear telephonically
7 at this conference.  The Court will initiate the conference call.
8     Failure of any counsel or party to comply with this Order
9 will result in the imposition of sanctions.
10     **IT IS SO ORDERED.**
11 DATED:  June 27, 2008

                                               Jan M. Adler
                                               U.S. Magistrate Judge

---

[1] The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.