SUE ANN SALMON EVANS, State Bar No. 151562
sevans@mbdlaw.com
DEBORAH L. UNGAR, State Bar No. 207763
dungar@mbdlaw.com
ANAHID HOONANIAN, State Bar No. 196679
ahoonanian@mbdlaw.com
MILLER BROWN & DANNIS
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Telephone: (562) 366-8500
Facsimile: (562) 366-8505

Attorneys for Defendants
ENCINITAS UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M.,<br><br>Plaintiff,<br><br>v.<br><br>ENCINITAS UNION HIGH SCHOOL DISTRICT,<br><br>Defendants.<br><br>ENCINITAS UNION HIGH SCHOOL DISTRICT,<br><br>Counterclaimants,<br><br>v.<br><br>B.M., a minor by and through R.M. and N.M.,<br><br>Counterdefendants. | Case No. 08 CV 412 L JMA<br><br>**JOINT REPORT OF EARLY MEETING OF COUNSEL**<br>**[Fed. R. Civ. P. 26(f)]**<br><br>Dept : 14<br>Judge : Honorable M. James Lorenz<br><br>**Complaint Filed: March 4, 2008**<br>**Counterclaim Filed: March 26, 2008** |

Plaintiff and Counterdefendant B.M., a minor by and through R.M., filed its action on March 4, 2008, ("Complaint") to appeal the administrative hearing decision of the Office of Administrative Hearing ("OAH") in the administrative due process hearing regarding B.M. In response to the Complaint, Defendant,

1

Encinitas Union School District ("District"), filed a counterclaim against B.M. and his parents, R.M. and N.M., asserting a breach of contract claim arising out of a January 2007 Settlement Agreement ("Counterclaim"). Plaintiff and Counterdefedants have filed a Motion to Dismiss in response to the District's Counterclaim that is scheduled to be heard, without oral argument, on August 25, 2008.

Pursuant to Fed. R. Civ. P. 26(a)(1)(E)(i), Plaintiff's Complaint for review of an administrative hearing decision is exempt from initial disclosures:

> The following categories of proceedings are exempt from initial disclosures under Rule 26(a)(1): (i) an action for review on an administrative record.

Although Plaintiff's Complaint is exempt, Counterclaimant's action for breach of contract is not exempt. Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on July 25, 2008, and was attended by the Parties as follows:

## I.
## PARTIES

| Counsel | Parties Represented |
|---|---|
| Sue Ann Salmon Evans, Esq.<br>Anahid H. Hoonanian, Esq.<br>Miller, Brown & Dannis<br>301 E. Ocean Blvd., Suite 1750<br>Long Beach, California 90802<br><br>Telephone: (562) 366-8500 | Defendant/Counterclaimant,<br>Encinitas Union School District |
| Counsel | Parties Represented |
| Drew Massey, Esq.<br>Roberts & Adams<br>20042 Beach Blvd<br>Huntington Beach, CA 92648<br><br>Telephone: (714) 698-0239 | Plaintiff, B.M., a minor by and through R.M.,<br>and<br>Counterdefendants<br>R.M. and B.M |

///

II.

## REQUIRED DISCLOSURES RULE 26(a)(1)

The Parties discussed the issues raised in the Complaint, which is an appeal of an administrative proceeding under 20 U.S.C. § 1415(i). Initial disclosures are not required under Fed. R. Civ. P. 26(a)(1)(E)(i) for administrative appeals. The Parties have received the official evidentiary record and transcripts from OAH and have in their respective possession all relevant documents with respect to the Complaint. Unless the Parties discover missing portions of testimony in the office transcript, the District opposes any supplementation of the record.

The Parties discussed the issues raised in the Counterclaim. Counter-defendants have challenged the Counterclaim by filing a Motion to Dismiss. The Court has set August 25, 2008, for the hearing on Counterdefendants' pending motion challenging the Counterclaim. Once the Court has ruled on the pending motion, the Parties will make appropriate further disclosures with respect to witnesses, documents, and damages, based on the status of the issues as determined by the Court.

Counterclaimant to date have disclosed: 1) witnesses to supports its claims include all of those who testified in the administrative hearing and other District administrators, who shall be identified to the extent appropriate after the Court rules on the Counterdefendants' pending motion; 2) documents to support its claims are those in the administrative record; and, 3) computation of damages and supporting documentation consists of costs of suit herein incurred and reasonable attorneys fees, expenses and costs.

The Parties agree the action is not a complex case.

III.

## DISCOVERY PLAN

With respect to Plaintiff's appeal of the administrative hearing decision, because the Complaint requests judicial review of an administrative record, it is

3

the District's position that the administrative record contains sufficient evidence to evaluate the OAH decision such that discovery is neither authorized nor necessary. (*Town of Burlington v. Dept. of Educ.* (1st Cir. 1984) 736 F.2d 790, aff'd 471 U.S. 359, 105 S. Ct. 1996.)

Plaintiff does not anticipate that discovery will be necessary in litigating the Complaint. However, Plaintiff seeks a limited scope of discovery to be available in the event that some unforeseen circumstance requires discovery. With respect to the Complaint, Plaintiff requests the following limitations: (1) No more than fifteen requests for admissions per party; (2) no more than twenty-five interrogatories per party; and (3) no more than two depositions per party. Defendant objects to discovery related to the appeal of the administrative hearing as the matter is to be determined upon the record established during the hearing below. The Parties agree that no other methods of discovery are necessary or should be allowed in this case.

With regard to the Counterclaim, the Parties propose to set a schedule for discovery within fourteen (14) days after the Court's rulings on the pending Motion to Dismiss. The Parties shall further meet and confer regarding scheduling discovery and other issues after the Court's ruling on the Motion to Dismiss. With respect to the District's Counterclaim, the Parties agree and request the following limitations: (1) No more than fifteen requests for admissions per party; (2) no more than twenty-five interrogatories per party; and (3) no more than two depositions per party. The Parties agree that no other methods of discovery are necessary or should be allowed in this case.

The Parties have discussed and agree there are no relevant issues as to the discovery or disclosure of electronically stored information. Finally, the Parties have discussed and agree that there are currently no issues as to the discovery of documents that are allegedly privileged or otherwise protected from discovery or disclosure.

## IV.
## MOTION SCHEDULE

The District proposes a briefing schedule for the Court's consideration of the administrative record review as set forth in Section VII, below. The Parties jointly propose a motion cut off sixty (60) days prior to trial as set by this Court.

## V.
## ADDITIONAL PARTIES

The District has added R.M. and N.M., B.M.'s parents as additional parties to its Cross Complaint. The District seeks twenty (20) days after the Court's ruling on Plaintiff's pending Motion to Dismiss to join additional parties.

## VI.
## SETTLEMENT CONFERENCE

The Parties participated in early settlement conference before Magistrate Adler without success.

## VII.
## TRIAL

The Parties reserve the right to have a jury trial on the Counterclaim. The District submits that the case related to the Counterclaim will not be ready for trial before March 19, 2008. The Parties' preliminary trial estimate for the Counterclaim is approximately 3 to 5 days.

The Parties anticipate that the appeal of the administrative decision will be ready for trial by March 19, 2008. The Parties have discussed and agree subject the Court's approval, to have the administrative appeal heard pursuant to a briefing schedule as follows:

Plaintiff's Opening Brief filed and served on or before December 15, 2008;

District's Brief filed and served within sixty (60) days of service of the Opening Brief on February 13, 2009;

1  Plaintiff's Reply Brief filed and served within twenty (20) days of service of
2  the District's Brief on March 5, 2008;
3  Oral Arguments heard on March 19, 2008.

5  DATED: August 4, 2008_____   MILLER BROWN & DANNIS
                                    SUE ANN SALMON EVANS
6                                   DEBORAH L. UNGAR
                                    ANAHID HOONANIAN

9                                   By: /s/_____
                                    SUE ANN SALMON EVANS
10                                  DEBORAH L. UNGAR
                                    ANAHID HOONANIAN
11                                  Attorneys for Defendants and Counter-
                                    complainant
12                                  ENCINITAS UNION HIGH SCHOOL
                                    DISTRICT

13 DATED: July 31, 2008_____    ROBERTS & ADAMS
                                    TIMOTHY A. ADAMS
14                                  JENNIFER J. KROPKE
                                    DREW MASSEY

17                                  By:_____
                                    Attorney for Plaintiff and
18                                  Counterdefendants
                                    B.M., a minor by and through R.M.
19                                  and N.M.

6
**JOINT REPORT OF EARLY MEETING OF COUNSEL [08-CV-0412-JMA]**

SF 323333v1

1 | Plaintiff's Reply Brief filed and served within twenty (20) days of service of
2 | the District's Brief on March 5, 2008;
3 | Oral Arguments heard on March 19, 2008.

5 | DATED: July 31, 2008 _____    MILLER BROWN & DANNIS
                                    SUE ANN SALMON EVANS
                                    DEBORAH L. UNGAR
                                    ANAHID HOONANIAN

By: _____
SUE ANN SALMON EVANS
DEBORAH L. UNGAR
ANAHID HOONANIAN
Attorneys for Defendants and Counter-complainant
ENCINITAS UNION HIGH SCHOOL DISTRICT

DATED: July 31, 2008 _____    ROBERTS & ADAMS
                                TIMOTHY A. ADAMS
                                JENNIFER J. KROPKE
                                DREW MASSEY

By: _[signature]_____
Attorney for Plaintiff and Counterdefendants
B.M., a minor by and through R.M. and N.M.