1  SUE ANN SALMON EVANS, State Bar No. 151562
   sevans@mbdlaw.com
2  DEBORAH L. UNGAR, State Bar No. 207763
   dungar@mbdlaw.com
3  ANAHID HOONANIAN, State Bar No. 196679
   ahoonanian@mbdlaw.com
4  MILLER BROWN & DANNIS
   301 East Ocean Boulevard, Suite 1750
5  Long Beach, CA  90802
   Telephone: (562) 366-8500
6  Facsimile: (562) 366-8505

7  Attorneys for Defendant Encinitas Union School District

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENCINITAS UNION SCHOOL DISTRICT,<br><br>　　　　Defendant.<br><br>ENCINITAS UNION SCHOOL DISTRICT,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>B.M., a minor by and through R.M., R.M. and N.M.,<br><br>　　　　Counterdefendants. | Case No.  08 CV 412 L JMA<br><br>**DECLARATION OF ANAHID HOONANIAN IN SUPPORT OF ENCINITAS UNION SCHOOL DISTRICT'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS DISTRICT'S COUNTERCLAIM UNDER RULE 12(b)(6)**<br><br>**[FILED CONCURRENTLY WITH ENCINITAS UNION SCHOOL DISTRICT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT ENCINITAS UNION SCHOOL DISTRICT'S COUNTERCLAIM UNDER RULE 12(b)(6)]**<br><br>Dept　：　Courtroom 14<br>Judge　：　Honorable M. James Lorenz<br><br>**Complaint Filed:　　March 4, 2008** |

//

//

1
DECLARATION OF ANAHID HOONANIAN    CASE No.: 08 CV 412 L JMA

SF 325178v1

I, ANAHID H. HOONANIAN, declare as follows:

1. I am an attorney at law duly licensed to practice before the State of California and United States District Courts of California. I am special counsel with the law firm of Miller Brown & Dannis, attorneys of record for Defendant and Counterclaimant Encinitas Union School District. The matters set forth below are of my own personal knowledge and, if called as a witness, I could and would testify thereto.

2. The District filed its Counterclaim on March 26, 2008. When counsel prepared the Counterclaim for filing, through a typographical error, counsel inadvertently omitted *from the caption* B.M.'s parents as individual parties to the Counterclaim. The mistake on the caption is a typographical error which is further evidenced by the comma after "R.M." in the caption.

3. The original Microsoft Word document saved in District Counsel's document management system shows the caption includes B.M.'s parents as individual parties to the Counterclaim. A true and correct copy of the Microsoft Word document saved in District Counsel's document management system is attached hereto as Exhibit 1. The body of the District's Counterclaim plainly states the Counterclaim is against B.M. and his parents N.M. and R.M.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Office of Administrative Hearings' ("OAH") administrative hearing decision entitled *Student v. Pajaro Valley Unified School District*, OAH Case No. N200610081 (November 20, 2006.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th Day of August 2008, in Long Beach, California.

August 11, 2008

                                        /s/Anahid Hoonanian
                                        ANAHID HOONANIAN