UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor by and through R.M., <br><br> Plaintiff, <br><br> v. <br><br> ENCINITAS UNION SCHOOL DISTRICT, <br><br> Defendants. | Case No. 08-CV-0412-L (JMA) <br><br> **ORDER FOLLOWING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On August 15, 2008, the Court conducted a telephonic Case Management Conference in the above-entitled matter. Counsel for the parties appeared for the conference.

After conferring with counsel, the Court **ORDERS** the following:

(1) Not later than 14 days after the Court issues a ruling on Plaintiff's Motion to Dismiss Defendant's Counterclaim, the parties shall submit to Magistrate Judge Adler's chambers a joint discovery plan pertaining to the Counterclaim. After reviewing the

```
           parties' submission, Judge Adler will schedule a
           telephonic Case Management Conference with counsel
           and/or issue a pretrial schedule pertaining to the
           Counterclaim; and
    (2)    The parties shall contact Judge Lorenz's chambers
           regarding a briefing schedule and hearing date with
           respect to the administrative appeal that is the
           subject of the Complaint.

DATED:  August 15, 2008
                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge
```