1  SUE ANN SALMON EVANS, State Bar No. 151562
   sevans@mbdlaw.com
2  DEBORAH L. UNGAR, State Bar No. 207763
   dungar@mbdlaw.com
3  ANAHID HOONANIAN, State Bar No. 196679
   ahoonanian@mbdlaw.com
4  MILLER BROWN & DANNIS
   301 East Ocean Boulevard, Suite 1750
5  Long Beach, CA  90802
   Telephone: (562) 366-8500
6  Facsimile: (562) 366-8505

7  Attorneys for Defendant Encinitas Union School District

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | B.M., a minor by and through R.M., | Case No.  08 CV 412 L JMA
12 |        Plaintiff,                  | **JOINT MOTION TO SET BRIEFING SCHEDULE**
13 |   v.                               |
14 | Encinitas Union School District,   | **[FILED CONCURRENTLY WITH [PROPOSED] ORDER**
15 |        Defendant.                  |
   |                                    | Date:    March 23, 2009
16 |                                    | Dept  :  Courtroom 14
   | Encinitas Union School District,   | Judge :  Honorable M. James Lorenz
17 |                                    |
   |        Counterclaimant,            |
18 |                                    | **Complaint Filed:     March 4, 2008**
   |   v.                               | **Cross complaint Filed: March 26, 2008**
19 |                                    |
   | B.M., a minor by and through R.M., |
20 | R.M and N.M.,                      |
   |        Counterdefendants.          |

        Plaintiff and Counterdefendant B.M., a minor, by and through R.M. ("Plaintiff") and

Defendant and Counterclaimant Encinitas Union School District's ("District" of "Defendant")

(collectively referred to as "Parties") propose the following Briefing Schedule:

1

**JOINT MOTION TO SET BRIEFING SCHEDULE**                           08 CV 412 L JMA

The Parties reserve the right to have a jury trial on the Counterclaim. The District submits that the case related to the Counterclaim will not be ready for trial before March 19, 2008. The Parties' preliminary trial estimate for the Counterclaim is approximately 3 to 5 days.

The parties submit that the administrative appeal should be determined based upon briefs and a hearing on the administrative record, rather than as set forth in Schedule of Trial and Pre-Trial Dates. Magistrate Adler agrees with this proposal and directed the parties to confer with this Court.

Plaintiff's Opening Brief filed and served on or before December 15, 2008;

Defendant's Brief filed and served within sixty (60) days of service of the Opening Brief or by February 13, 2009;

Plaintiff's Reply Brief filed and served within twenty (20) days of service of the District's Brief or by March 5, 2009;

Hearing on the Briefs heard on March 23, 2009 in Department 14.

DATED: <u>August 25, 2008</u>       MILLER BROWN & DANNIS
                                    SUE ANN SALMON EVANS
                                    DEBORAH L. UNGAR
                                    ANAHID HOONANIAN


                                    By:  <u>/s Anahid Hoonanian</u>
                                     SUE ANN SALMON EVANS
                                     DEBORAH L. UNGAR
                                     ANAHID HOONANIAN
                                     Attorneys for Defendant
                                     Encinitas Union School District

DATED: _____, 2008                ROBERTS & ADAMS
                                    TIMOTHY A. ADAMS, ESQ.
                                    DREW MASSEY, ESQ.
                                    ATTORNEYS AT LAW


                                    By:  <u>See attached signature page.</u>
                                     DREW MASSEY, ESQ.
                                     Attorneys for Plaintiff and
                                     Counterdefendants
                                     B.M., a minor by and through R.M. and N.M.

2
**JOINT MOTION TO SET BRIEFING SCHEDULE**                   08 CV 412 L JMA

1  The Parties reserve the right to have a jury trial on the Counterclaim. The District submits
2  that the case related to the Counterclaim will not be ready for trial before March 19, 2008. The
3  Parties' preliminary trial estimate for the Counterclaim is approximately 3 to 5 days.
4  The parties submit that the administrative appeal should be determined based upon briefs
5  and a hearing on the administrative record, rather than as set forth in Schedule of Trial and Pre-
6  Trial Dates. Magistrate Adler agrees with this proposal and directed the parties to confer with
7  this Court.
8  Plaintiff's Opening Brief filed and served on or before December 15, 2008;
9  Defendant's Brief filed and served within sixty (60) days of service of the Opening Brief
10  or by February 13, 2009;
11  Plaintiff's Reply Brief filed and served within twenty (20) days of service of the District's
12  Brief or by March 5, 2009;
13  Hearing on the Briefs heard on March 23, 2009 in Department 14.

14  DATED: _____ 2008          MILLER BROWN & DANNIS
                                  SUE ANN SALMON EVANS
15                                DEBORAH L. UNGAR
                                  ANAHID HOONANIAN
16

17

18                                By: _____
                                  SUE ANN SALMON EVANS
19                                DEBORAH L. UNGAR
                                  ANAHID HOONANIAN
20                                Attorneys for Defendant
                                  Encinitas Union School District
21
    DATED: August 22, 2008       ROBERTS & ADAMS
22                                TIMOTHY A. ADAMS, ESQ.
                                  DREW MASSEY, ESQ.
23                                ATTORNEYS AT LAW

24

25                                By: _____
                                  DREW MASSEY, ESQ.
26                                Attorneys for Plaintiff and
                                  Counterdefendants
27                                B.M., a minor by and through R.M. and N.M.

28

2
6342v1  JOINT MOTION TO SET BRIEFING SCHEDULE                08 CV 412 L JMA

**PROOF OF SERVICE**

STATE OF CALIFORNIA           )
                              )  ss.
COUNTY OF LOS ANGELES         )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 301 East Ocean Boulevard, Suite 1750, Long Beach, CA 90802.

On the date set forth below I served the foregoing document described as **JOINT MOTION TO SET BRIEFING SCHEDULE** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐   **(VIA U.S. MAIL)** I caused such document to be placed in the U.S. Mail at Long Beach, California with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(VIA FACSIMILE)** I caused such document to be transmitted via facsimile to the addressee from the facsimile machine of Miller Brown & Dannis whose phone number is (562) 366-8505. The transmission by facsimile was reported as complete and without error

☒   **BY ELECTRONIC SERVICE**: I caused the above-entitled document to be sent to Tim Adams of Roberts & Adams, lead counsel for plaintiffs and counterdefendant, via e-service at the recipient's office. This service complies with C.C.P. § 1010.6.

☐   **(VIA OVERNIGHT MAIL)** I caused such envelope to be deposited at an authorized "drop off" box on that same day with delivery fees fully provided for at 301 East Ocean Boulevard, Suite 1750, Long Beach, CA 90802, in the ordinary course of business.

☐   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on August 25, 2008 at Long Beach, California.

    Anahid Hoonanian                             s/Anahid Hoonanian
    Type or Print Name                           Signature

3

SF 326342v1   **JOINT MOTION TO SET BRIEFING SCHEDULE**           08 CV 412 L JMA

**Service List**

Tim Adams
Drew Massey
Jennifer Jean Kropke
Roberts & Adams
20042 Beach Blvd.,
Huntington Beach, CA 92648