UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M., a minor child by and through R.M., ) | Civil No. 08cv412-L(JMA) |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE [doc. #37] and SETTING BRIEFING AND HEARING SCHEDULE** |
| v. ) | |
| ENCINITAS UNION SCHOOL DISTRICT, ) | |
| Defendant. ) | |

Good cause appearing, the parties' joint motion to set briefing schedule with respect to the administrative appeal is **GRANTED** as follows:

1. Plaintiff's opening brief shall be filed and served on or before December 15, 2008;
2. Defendant's responsive brief shall be filed and served within sixty (60) days of service of the opening brief or by February 13, 2009.
3. Plaintiff's reply brief shall be filed and served within twenty (20) days of service of defendant's brief or by March 5, 2009.
4. Hearing on the administrative appeal is set for March 23, 2009 in Courtroom 14.

**IT IS SO ORDERED.**

DATED: August 25, 2008

M. James Lorenz
United States District Court Judge

08cv412

1  COPY TO:

2  HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
3  ALL PARTIES COUNSEL